UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v. C.A.No. 05 111S

A.T. WALL II, Director of the
R.I. Department of Corrections, et al.



**PETITIONER'S COMPLAINT OF THEFT OF MONIES AND MISAPPROPRIATION OF FUNDS**

Now comes Petitioner, Normand L. Bedford, and hereby, submits the instant "Complaint of theft of monies, and misappropriation of funds" involving the same in alleged violation of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 [12 U.S. C.A. §1883a]; and Section 951; Also, R.I. Gen. Laws Sections 11-41-11;§11-41-11.1; and §11-41-12, whereby, Petitioner seeks compensation for the "Unlawful appropriation" as set forth in assessment of penalty, enunciated in R.I.G.L. Section 11-41-11.1, and further stated in the attached "Affidavit and Claim of Lien." Petitioner asserts that he has exhausted all available remedies of relief, within the Rhode Island Department of Corrections Administration, whereby, no compensation has been rendered thus far. Petitioner submits the accompanying "Affidavit of Complaint" by which, he describes the allegations set forth herein, and the same of which was officially filed with this Honorable U.S. District Court on

November 18, 2004, time stamped the same. See enclosed herein, as Exhibit "A", (Petitioner's Affidavit of Complaint dated October 4, 2004, which is addressed to United States Federal District Court Chief Justice Ernest C. Torres.)

Wherefore, Petitioner seeks compensation for the theft of his personal property (monies from his inmate account), and the official misconduct (misappropriation of personal funds from his inmate account) beyond restrictive standards prescribed in [DOC] Policy 13.03, in a "corrupt endeavor" to obstruct the administration of justice in violation of 18 U.S.C. §1503, whereby, assessment is made herein, for compensation and payment, as stated in the attached "Affidavit and Claim of Lien." Therefore, Affiant requests that an Order issue out of the official seal of this Honorable U.S. District Court, for the payment of such claim.

**Respectfully submitted**

Normand L. Bedford

**Normand L. Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

**Certification**

I, the undersigned hereby certify that I, caused a true copy of the within Complaint, Affidavit and Claim of Lien to be mailed, Inter-Departmental mail, this 4th day of March, 2005, to: Patricia Coyne-Fague Esquire, Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, RI , 02920.

 Normand L. Bedford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v. C.A.No.04-527L

A.T. WALL, Director of the
R.I. Department of Corrections, et al.



**PETITIONER'S AFFIDAVIT AND CLAIM OF LIEN**

**I, Affiant/Complainant, Normand L. Bedford, hereby, depose and say:**

That I am an inmate at the Rhode Island Department of Corrections Maximum Security Facility, and hereby, allege and assert that Senior Accountants' employed through the Rhode Island Department of Corrections, at 51 West Road, Cranston, Rhode Island 02920, did willfully, and deliberately steal and misappropriate Affiant's personal money from his "inmate account" in alleged violation of the "Financial Institutions Reform, Recovery and Enforcement Act of 1989 [12 U.S.C.A. §1883a]; and §951; Also, R.I. Gen. Laws §§11-41-11;§11-41-11.1; and §11-41-12. Specifically, R.I. Gen. Laws §11-41-11.1, states in pertinent part: "Any person to whom any money or other property of another shall be entrusted or delivered for a particular purpose, who shall intentionally appropriate to his or her own use that money or property, shall be deemed guilty of unlawful appropriation and shall be fined not more than fifty thousand dollars ($50.000) or three (3) times the value of the money or property thus appropriated, whichever is greater, or imprisoned not more than twenty (20) years, or both. However, if the sum or value of the property so appropriated is less than one thousand dollars ($1,000),

he or she shall be fined not more than one thousand dollars ($1,000) or imprisoned for not more than one year, or both."

Affiant's purported loss of personal property was assessed at one hundred and ten dollars and forty-four cents ($110.44), allegedly stolen and misappropriated by Senior Accountants' employed by and through the Rhode Island Department of Corrections. Wherefore, Affiant makes DEMAND FOR COMPENSATION AND PAYMENT IN THE ATTACHED CLAIM OF LIEN, in the amount of one thousand dollars ($1,000), the sum assessed in R.I. Gen. Laws §11-41-11.1; and three (3) times the amount of the loss, which amounts to three hundred and thirty-one dollars and thirty-two cents ($331.32), thus a total of one thousand three hundred and thirty-one dollars and thirty-two cents ($1,331.32), to be paid to the order of: Normand L. Bedford, P.O. Box 8273 Cranston, R.I. 02920, upon the judgment of the Court.

Affiant submits the enclosed Affidavit of Complaint filed with this Honorable U.S. Federal District Court on November 18, 2004, as Exhibit "A", in support of the instant Complaint and associated Affidavit and Claim of Lien.

**Certification**

I, the undersigned hereby certify that I, caused a true copy of the within Complaint, Affidavit and Claim of Lien, and the Exhibit "A"; in support thereof, to be mailed, Inter-Departmental mail, this 4th day of March, 2005, to: Patricia A. Coyne-Fague, R.I. Department of Corrections Chief Legal Counsel, 40 Howard Avenue, Cranston, R.I. 02920.

Normand L. Bedford

I, Affiant, Normand L. Bedford, hereby, depose and say under the penalty of perjury that the aforementioned declarations, and assertions within the body of the attached Complaint and Affidavit with associated Claim of Lien are true, correct and complete, not misleading, the truth, the whole truth, and nothing but the truth so help me God.

**Respectfully submitted**

Normand L. Bedford

**Normand L. Bedford, Pro se**
**P.O. Box 8273**
**Cranston, RI 02920**

Subscribed and sworn before me in Cranston, Rhode Island, the County of Providence in the State of Rhode Island and Providence Plantations, this 4th day of March, 2005.

Dated: 3/4, 2005.

Clerk/Notary Public

COMMISSION EXPIRES 9-22-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

v. C.A.No.04-527L

A.T. WALL II, Director of the
R.I. Department of Corrections, et al.

## PETITIONER'S CLAIM OF LIEN

**I, Affiant, Normand L. Bedford, hereby, depose and say:**

That due to the allegations and assertions averred in the attached Complaint and Affidavit in Support thereof, hereby, makes DEMAND FOR COMPENSATION AND PAYMENT IN THE AMOUNT OF ONE THOUSAND, THREE HUNDRED AND THIRTY-ONE DOLLARS AND THIRTY-TWO CENTS ($1,331.32), to be paid to: Normand L. Bedford, (Affiant) P.O. Box 8273 Cranston, Rhode Island 02920. Affiant's claim arises from allegations that Senior Accountants' employed by and through the Rhode Island Department of Corrections at 51 West Road, Building #138, Cranston, R.I. 02920, violated the "Financial Institutions Reform, Recovery and Enforement Act of 1989 Title 12 Sections 1883a; and §951, as well as R.I. Gen. Laws Sections 11-41-11 §11-41-11.1; and §11-41-12. Affiant submits that the aforementioned claim is enacted within the meaning, definition and promulgating authority of R.I. Gen. Laws Section 11-41-11.1. Affiant further states that the claims made are true, correct and complete, and made under the penalty of perjury, pursuant to 28 U.S.C. §1746.

Certification

I, the undersigned hereby, certify that I, caused a true copy of the within Claim of Lien to be mailed, Inter-Departmental mail, this 4th day of March, 2005, to: Patricia A. Coyne-Fague, Chief Legal Counsel, 40 Howard Avenue, Cranston, Rhode Island 02920.

Normand L. Bedford

Normand L. Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

Subscribed and sworn before me in Cranston, Rhode Island, the County of Providence in the State of Rhode Island and Providence, Plantations, this 4th day of March, 2005.

Dated: 3/4, 2005.

Clerk/Notary Public

COMMISSION EXPIRES 9-22-05

EXHIBIT "A"

MOTION AND MEMO FOR THEFT OF MONEY
DATED: MARCH 7, 2005

U.S. Federal District Court
Chief Justice Ernest Torres
One Exchange Terrace,
Providence, R.I. 02903

October 4, 2004

Re: Affidavit of Complaint/
Normand Bedford v. Dept. of Corrections et. al., C.A.No.04-271

Dear Chief Justice Torres:

Enclosed with this letter is Petitioner's Affidavit of Complaint, which involves his Petition for Writ of Habeas Corpus. The enclosed is relevant on the grounds that it presents evidence of conspiracy to obstruct justice and essentially, deprive Petitioner of access to the Court through criminal activity on the part of the Department of Corrections accountants and administration, who infiltrated Petitioner's private account and subsequently, delayed, denied and stopped Petitioner's access to the Courts. These allegations are part of the submissions that Petitioner has been asserting for several years.

Please file this accordingly. I have filed a motion to extend the time to file additional information ten (10) days from the October 5, 2004 deadline. I apologize for any interuption of your busy schedule.

Sincerely

Normand Bedford
P.O. Box 8274
Cranston, R.I. 02920

NB/USFDC
Cc; file

Dept. of Attorney General
Attn: Patrick Lynch
150 South Main Street
Providence, R.I. 02903

October 4, 2004

RE: Affidavit of Complaint/
Theft and misappropriation
of money in savings account.

Dear Patrick Lynch:

I am forwarding you the enclosed Affidavit of Complaint with it's attached exhibits A-E. I am requesting to file formal criminal charges regarding the same. Please notify me promptly. I want to resolve this as quickly as possible. Your time in this matter is appreciated. Thank you.

Sincerely

Normand Bedford

Normand Bedford Id.#102384
P.O. Box 8274
Cranston, R.I. 02920

Enclosures:

7099 3400 0009 7297 3609
[Certfied mail]

Dept. of Corrections
Warden Walter Witman
40 Howard Avenue
Cranston, R.I. 02920

U.S. Federal Dist. Ct.
Chief Justice Ernest Torres
One Exchange Terrace
Providence, R.I. 02903

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
RHODE ISLAND ATTORNEY GENERAL

NORMAND BEDFORD (Plaintiff) *
*
*
v. *
*
*
R.I. DEPT. OF CORRECTIONS, DIRECTOR, A.T. WALL, et al., (Defendants) *

**AFFIDAVIT OF COMPLAINT**

I, Affiant/Complainant, Normand Bedford, hereby, depose and say:

I am an inmate at the R.I. Department of Corrections, Medium Security Facility-1, John J. Moran Complex. I hereby, assert and allege, that agents and/or accountants employed by the State of Rhode Island, did willfully, and deliberately, steal and misappropriate Affiant's personal money from his inmate account without consent. This was accomplished after withdrawal of fifty percent (50%) of funds were appropriated for Affiant's indebtedness incurred from legal copying fees and postage, per D.O.C. Policy 13.03. See enclosed Policy as Exhibit "A". Affiant alleges that agents and/or accountants violated the Financial Institutions Reform, Recovery and Enforcment Act of 1989 [12 U.S.C.A. §1883a], §951; also, R.I. Gen. Laws §§ 11-41-9; §11-41-11.1; and §11-41-12, as well as R.I.D.O.C. Policy 13.03. Affiant submits that the unlawful acts occurred prior to October 16, 2003, however, not yet clear as to the starting date, specifically, from October 16, 2003 thru September 3, 2004, multiple counts are evident. The history of facts are as follows:

1. On October 16, 2003, a Shirley Santos made a fifty dollar ($50.00), cash deposit into Affiant, Normand Bedford's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. 138. Shortly after Affiant made a commissary purchase on October 21, 2003, for nineteen dollars and eighty one cents ($19.81), the remaining balance of five dollars and nineteen cents ($5.19), of personal funds were stolen and misappropriated by agents and/or accountants of the Department of Corrctions Inmate Accounts Office.

2. On December 4, 2003, a Shirley Santos made a eighty dollar ($80.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Shortly after Affiant made a commissary purchase on December 9, 2003, for thirty-three dollars and sixty-four cents ($33.64), the remaining balance of seven dollars and sixty-nine cents ($7.69), of personal funds were stolen and misappropriated by agents and/or accountants of the Department of Corrections Inmate Accounts Office.

3. On January 28, 2004, a Shirley Santos made a sixty dollar ($60.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Shortly after Affiant made a commissary purchase on February 3, 2003, for twenty-six dollars and ninety-four cents ($26.94), the remaining balance of three dollars and six cents ($3.06), of personal funds were stolen and misappropriated by agents and/or accountants of the Department of Corrections Inmate Accounts Office.

4. On March 1, 2004, a Shirley Santos made a sixty dollar ($60.00), cash deposit into Affiants inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Shortly after Affiant

made a commissary purchase on March 2, 2004, for twenty-nine dollars and seventeen cents ($29.17), the remaining balance of eighty-three cents (83¢) was stolen and misappropriated by agents and/or accountants of the Department of Corrections Inmate Accounts Office, 51 West Avenue, Cranston, R.I. 02920.

5. On May 5, 2004, a Shirley Santos made a three hundred dollar ($300.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Shortly prior to, and after Affiant made a commissary purchase of nineteen dollars and thirty-seven cents ($19.37) on May 11, 2004, and a second purchase of fifty-five dollars and one cent ($55.01) on June 8, 2004, and a third purchase of thirty-eight dollars and two cents ($38.02) on June 9, 2004, the remaining balance of thirty-eight dollars and two cents ($38.02), of personal money was stolen and/or misappropriated by agents and/or accountants of the Department of Corrections Inmate Accounts Office, 51 West Avenue, Cranston, R.I. 02920.

6. On August 10, 2004, a Shirley Santos made an eighty dollar ($80.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Shortly after Affiant made a commissary purchase on August 17, 2004, for twenty-three dollars and sixty-one cents ($23.61), the remaining sixteen dollars and thirty-nine cents ($16.39), of personal money was stolen and misappropriated by agents and/or accountants of the Department of Corrections Inmate Accounts Office.

7. On September 3, 2004, a Shirley Santos made a fifty dollar ($50.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Shortly after Affiant's deposit receipt an agent and/or accountant stole and misappropriated fifteen dollars and twenty-six cents ($15.26), leaving the Affiant with nine dollars and seventy-four cents ($9.74),

which, payed for his commissary store-order, despite his ordering a sum of twenty-five dollars worth of commissary items on September 7, 2004. Notably, the money deposit was stolen and misappropriated on the same day it was processed by agents and/or accountants of the Department of Corrections Inmate Accounts Office on September 3, 2004, and twenty-four days (24), after the prior deposit of eighty dollars ($80), the same being stolen and misappropriated in the amount of sixteen dollars and thirty-nine cents ($16.39), on August 19, 2004

8. Interestingly, Affiant's litigation in the United States Federal District Court has been hampered as a direct result of the criminal activity of State Officials in light of the denial of access to the Court via certified mail receipt, while being indigent, because Departmental Policy prohibits sending mail via certified mail. Affiant's legal mail was abrubtly, halted and sent back to him by a Captain Vitale, after he approved the transaction. See enclosed receipt signed 'approved' on September 2, 2004 No.7099 3400 0008 9917 9696, as Exhibit "B", despite it being unlawfully, withheld and not returned to sender until September 14, 2004, as indicated on the top of Exhibit "B".

9. This same occurance happened on July 19, 2004, whereby, Affiant's legal mail was abrubtly, halted and sent back to him after Captain Vitale 'approved' the transaction on July 22, 2004. See enclosed as Exhibit "C", herein.

10. Affiant asserts that what is most troubling, is that over the past several years his family has continued to make substantial deposits that have payed for legal copying fees, as well as "certified mailing fees" despite brief periods of "negative balances," as evinced from Affiant's Inmate Account Information enclosed as Exhibit "D", until past and present complaints against a Captain Vitale for making insufficient money transactions, false allegations, and obstructing Affiant's legal mail from the Courts as evinced from Exhibit "E", herein, which is a letter dated August 24, 2004, to Director A.T. Wall from the Affiant, and the Director's 'response letter' dated September 3, 2004, which Affiant didn't receive until September 10, 2004. Notably, since the complaint surfaced there has been an acute rise in the amount of money that was stolen and misappropriated, specifically, on August 10, 2004, and September 3, 2004, when Affiant was left with a nine dollar and seventy-four cent ($9.74) commissary order after thirty-one dollars and sixty-five cents ($31.65) was stolen and misappropriated by agents and/or accountants at 51 West Avenue, Cranston, R.I. 02920. It appears that Captain Vitale may be a contributing factor to the criminal activity of the agents or accountants and motivated by revenge for filing grievances on him in the distant and recent past.

11. After further investigation, Affiant has discovered that on March 12, 2003, a Shirley Santos made a forty dollar ($40.00) cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Immediately, upon receipt of that deposit money was stolen and misappropriated beyond the fifty percent (50%) allowance by D.O.C. Policy 13.03, in the amount of six dollars and fifty-four cents ($6.54).

12. On June 20, 2003, a Shirley Santos made a forty dollar ($40.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Prior to Affiant's commissary purchase on June 30, 2003, personal funds were stolen and misappropriated in the amount of six dollars and five cents ($6.05) leaving Affiant a balance of thirteen dollars and twenty-four cents ($13.24) for a commissary purchase on June 30, 2003.

13. On December 18, 2002, a Shirley Santos made a one hundred and fourty dollar ($140.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. Prior to Affiant's purchase of commissary order, funds were stolen and misappropriated by agents and/or accountants of the Department of Corrections, in the amount of seven dollars and seventy cents ($7.70), beyond the fifty percent (50%) margin. After Affiant's purchase of commissary order on December 23, 2002, as usual, agents and/or accountants stole and misappropriated the balance of sixteen cents (16¢) over the fifty percent (50%) margin allowed per D.O.C. Policy 13.03, with a total of seven dollars and seventy cents ($7.70), stolen and misappropriated by State Officials, presumably, being driven to this illegal practice by Interdepartmental Officials of high rank.

Affiant seeks relief in two forms:

1. Affiant seeks to file formal criminal charges for the theft and misappropriation of his personal money from his private inmate account, against any and all parties culpable.

2. Affiant seeks full recovery and restitution from the parties responsible for the theft and misappropriation of his personal money, pursuant to the Financial Institutions Reform, Recovery and Enforcment Act of 1989 [12 U.S.C.A. §1883a], in the amount of one hundred and six dollars and seventy-three cents ($106.73), with specific instructions, that upon redeposit of Affiant's money to his inmate account, the money is to be used for personal reasons only, since the money stolen and misappropriated was from personal savings deposits over the fifty percent (50%) allowance by D.O.C. Policy 13.03.

Respectfully submitted

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8274
Cranston, R.I. 02920

Certification

I, the undersigned hereby, certify, that I, caused a true copy of the within Affidavit of Complaint to: Rhode Island Attorney General's Office, Attn: Attorney General Patrick Lynch, Esquire, 150 South Main Street, Providence, Rhode Island 02903, this 4th day of October, 2004, via certified mail receipt, No. 7099 3400 0009 7297 3609. Exhibits A-E, enclosed.

Normand Bedford

I, Affiant, Normand Bedford, hereby, depose and say under the penalty of perjury, that the aforementioned declarations within the Affidavit of Complaint, and exhibits A-D, are true, correct, and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God.

Respectfully submitted

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8274
Cranston, R.I. 02920

Subscribed and sworn before me in Cranston, RI, the County of Providence in the State of Rhode Island and Providence Plantations, this 1st day of October, 2004.

Date: October 1, 2004.

Nicole Kottello, Notary Public
Exp 4/4/05
CLERK/NOTARY PUBLIC

**Additional Accounting Add-on Request for Recovery**

**14.** On February 15, 2002, a Shirley Santos made a forty dollar ($40.00), cash deposit into Affiant's inmate account at 51 West Avenue, Cranston, R.I. 02920 bldg. #138. One day before Affiant made a commisary purchase on February 19, 2002, in the sum of sixteen dollars and twenty-nine cents ($16.29), agents and/or accountants at the Inmate Accounts Office, at 51 West Avenue, Cranston, R.I. 02920 bldg. #138, stole and misappropriated three dollars and seventy-one cents ($3.71), of Affiant's personal money, above and beyond the allowance prescribed by Departmental Policy 13.03, which, is additional to the sum total on page seven (7), herein, of one hundred and six dollars and seventy three cents ($106.73), which, makes a grand total of one hundred and ten dollars and forty-four cents ($110.44).

Respectfully submitted

Normand Bedford

Normand Bedford
P.O. Box 8274
Cranston, R.I. 02920

# EXHIBIT "A"

(b) Inmates will be charged five cents ($0.05) per copied page.

(c) Signed Money Transfer Slips must accompany requests for photocopies.

(d) Indigent Inmates – If an inmate has an insufficient balance in his/her account, a charge will nevertheless be placed against the account. Such a charge will result in a **negative balance** in the inmate's account.

(1) When an inmate's account has a negative balance because of such photocopying charges, **one-half of all deposits** will be used as an offset to the charges until such time as the charges have been paid in full. **There are no restrictions on the other half of deposits** beyond normal restrictions.

NOTE: Unreasonable (i.e., voluminous or repeat) requests for photocopies from indigent inmates may be denied at the discretion of the Warden or designee (satellite libraries) and/or the Law Librarians (Central Law Library).

(7) Interstate Transfers

**NOTE:** Generally, requests from inmates who are represented by counsel are not filled by RIDOC's Law Librarians. However, if a Rhode Island inmate who is serving his/her sentence (or a portion thereof) out of state is represented by legal counsel, but is unable to contact his/her attorney in a timely manner, RIDOC's Law Librarian may fill his/her request for information.

(a) Requests from inmates from other states who are serving their sentences in Rhode Island are forwarded to the sending state's Interstate Compact Administrator for appropriate action. RIDOC's Law Librarian may forward these requests to the sending state, or s/he may return them to the inmates, advising them of the proper procedure to follow.

# EXHIBIT "B"

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 Med-1 DATE 8-30-04

NAME Bedford Normand L
LAST FIRST MIDDLE

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I. [X] POSTAGE AMOUNT

1. LETTER/LETTERS ______
2. CARD/CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______

TOTAL $ ______

IV. [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

II. [ ] DRAW CHECK/CASH FOR $ ______

NAME

ADDRESS

CITY OR TOWN

RELATIONSHIP

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED ______
ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES U.S. Fed Ct. Supp Pack 150

7099 3400 0008 9917 9696

[X] APPROVED [ ] DENIED

[signature] 9/2/04
ASSOCIATE DIRECTOR DATE

III. [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford
INMATE'S SIGNATURE

RECEIVED ABOVE PAYMENT

S-14 OFFICE COPY - WHITE INMATE COPY - CANARY

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0008 9917 9696

Article Sent To: U.S. Fed. Dist. Ct. Attn: Paula Farrell

| | |
|---|---|
| Postage | $ ✓ |
| Certified Fee | ✓ |
| Return Receipt Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

8-30-04

Name (Please Print Clearly) (to be completed by mailer): Normand Bedford CR-12T
Street, Apt. No.; or PO Box No.: PO Box 8274 ID# 102384
City, State, ZIP+4: Cranston RI 02920

PS Form 3800, July 1999 See Reverse for Instructions

---

Returned Sept. 14, 2004 12 days later

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Federal District Ct.
Attn: Paula Farrell
One Exchange Terrace
Providence, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [ ] Agent [ ] Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [X] No

3. Service Type
[X] Certified Mail [ ] Express Mail
[ ] Registered [X] Return Receipt for Merchandise
[ ] Insured Mail [ ] C.O.D.

4. Restricted Delivery? (*Extra Fee*) [ ] Yes

2. Article Number (*Transfer from service label*) 7099 3400 0008 9917 9696

7099 3400 0008 9917 9696

N. Bedford
P.O. Box 8274
Cranston R.I.
02920
[illegible]-12 top

12

Legal Mail

U.S. Federal District Court
Ms. Paula Farrell
One Exchange Terrace
Providence, R.I. 02903

You must have money in your acc to send out Certified mail —

$ON

11

# EXHIBIT "C"

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 102384 DATE 7/19/04

NAME Bedford (LAST) Normand (FIRST) L. (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

I [X] POSTAGE AMOUNT

1. LETTER/LETTERS ______
2. CARD/CARDS ______
3. CERTIFIED MAIL ______
4. OTHER ______

TOTAL $ ______

IV. [ ] WORK RELEASE

RENT FOR WEEK AMOUNT

OF ____ TO ____ $ ______

EXPENSE PAYMENT FOR WEEK

OF ____ TO ____ $ ______

TOTAL $ ______

II [ ] DRAW CHECK/CASH FOR $ ______

V. [ ] PAYMENT OF FINE

TO ______ COURT

FOR AMOUNT $ ______

NAME ______

ADDRESS ______

CITY OR TOWN ______

RELATIONSHIP ______

PERSON ON VISITING LIST [ ] YES [ ] NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES Chief Justice Williams

7004 0750 0002 5736 4033

[signature] 7/22/04

ASSOCIATE DIRECTOR DATE

[ ] APPROVED [ ] DENIED

III [ ] CLOSING OF INMATE ACCOUNT [ ] OTHER $ ______

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Normand Bedford

INMATE'S SIGNATURE

RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY

---

7004 0750 0002 5736 4033

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ ✓ |
| Certified Fee | ✓ |
| Return Reciept Fee (Endorsement Required) | ✓ |
| Restricted Delivery Fee (Endorsement Required) | ✓ |
| Total Postage & Fees | $ |

Postmark Here 7/19/04

Sent To R.I. SUPREME Ct Chief Justice William

Street, Apt. No.; or PO Box No. PO BOX 8274 CR-12+

City, State, ZIP+4 CRANSTON, RI 02920 ID#102384

PS Form 3800, June 2002 See Reverse for Instructions

---

Sent back no $

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

R.I. SUPREME COURT
Chief Justice Frank Williams
250 Benefit Street
Providence, RI 02903

Restricted Delivery

2. Article Number

7004 0750 0002 5736 4033

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [ ] Agent [ ] Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? [ ] Yes
If YES, enter delivery address below: [X] No

3. Service Type
[X] Certified Mail [ ] Express Mail
[ ] Registered [X] Return Receipt for Merchandise
[ ] Insured Mail [ ] C.O.D.

4. Restricted Delivery? (Extra Fee) [X] Yes