# United States District Court

DISTRICT OF

NORMAND L. BEDFORD
(Petitioner)

V.

A.T. WALL II, Director of the R.I. Department of Corrections, et al.
(Respondents)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CA 05 111 S

CASE NUMBER: [redacted]

I, NORMAND L. BEDFORD declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cos under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitlec to the relief sought in the complaint/petition/motion.

**Complaint, Memoranum, with Affidavits, for "Theft of monies; and misappropriation of funds.**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [x] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **R.I. Dept. of Corrections, Max. Sec.**

   Are you employed at the institution? **NO** Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [ ] Yes [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salar, wages and pay period and the name and address of your last employer.

   **Collected Disability Benefits dating back to 1990**

3. In the past 12 twelve months have your received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | [ ] Yes | [X] No |
| b. | Rent payments, interest or dividends | [ ] Yes | [X] No |
| c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No |
| d. | Disability or workers compensation payments | [ ] Yes | [X] No |
| e. | Gifts or inheritances | [ ] Yes | [X] No |
| f. | Any other sources | [ ] Yes | [X] No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. ______________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

**NONE**

I declare under penalty of perjury that the above information is true and correct.

______________________ ______________________________________

DATE SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ______________ on account to his/her credit at (name of institution) ______________________. I further certify that the applicant has the following securities to his/her credit: ______________________. I further certify that during the past six months the applicant's average balance was $ ______________.

______________________ ______________________________________

DATE SIGNATURE OF AUTHORIZED OFFICER

# INDIGENCY FORM/ INMATE ACCOUNTS

Instruction: Any inmate requesting indigency status must first send this form to the Adult Correctional Institution Inmate Accounts Department to be filled out. After the form is complete, it is to be fowarded to the Rhode Island Court along with all other indigency forms.

INMATE NAME **NORMAND L. BEDFORD** #102384

SOCIAL SECURITY NUMBER **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**

DATE OF BIRTH **11-1-63**

BUILDING **MAXIMUM SECURITY FACILITY**

---

This portion is to be filled out by the Inmate Accounts Department:

CERTIFICATE

I certify that the applicant named herein has the sum of $ -245.01 on account to his/her credit at (name of institution) Adult Correctional Institute. I further certify that the applicant has the following securities to his/her credit ______. I further certify that during the past six months the applicant's average balance was $ -95.54.

02/18/05
Date

[signature]
Signature of Authorized Officer