U.S. Federal District Court
Office of the Clerk
One Exchange Terrace
Providence, RI 02903

August 2, 2005

Re: Filing of "Motion for Leave to Exceed 20 Page Limitation."

C.A.No.05-111S
C.A.No.05-095L

Dear Clerk of Court:

Please file the enclosed Plaintiff's "Motion for Leave to Exceed 20 Page Limitation" for filing of Exhibits associated with 11 page "Affidavit of Complaint," relevant to his cause in the above cited cases.

Also, please send Plaintiff a copy of his Docket History Report in the case of 05-095L. Thank you for your time in these matters.

Sincererly

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920-0273

Cc: Copy to:

Ms. Patricia Coyne-Fague Esq.,
Chief Legal Counsel
R.I. Department of Corrections
40 Howard Avenue
Cranston, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD *
(Plaintiff) *
*
*
v. * C.A.No.05-111S
* C.A.No.05-095L
*

A.T. WALL, Director of the
R.I. Dept. of Corrections, et al.,
Warden Walter Whitman, Medium Security
Senior Accountant Lucille Curran, R.I.
Dept. of Corrections Inmate Accounts.
(Defendants)



**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby moves this Honorable United States Federal District Court for leave to exceed 20 page limitation for the filing of appendices and/or exhibits in support of Plaintiff's August 3, 2005 filing of his memorandum in support of motion to show cause, in writing, why his case should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m). Plaintiff requests leave to file eleven (11), page Affidavit of Complaint with approximately one hundred and thirty-nine (139), pages of exhibits in support of his show cause memoranum filed on August 3, 2005, supporting factual allegations of a "complete denial of access to the Court's" from May 2, 2005 thru June of 2005, in a "Corrupt endeavor" to impede, delay and

stop his litigation in both this Court, and the United States Court of Appeals For the First Circuit in violation of his Constitutional and Civil rights, pursuant to the First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution, enunciated in **Lewis v. Casey, 518 US 343, 135 L.Ed.2d 606 116 S.Ct. 2174 (1996); Chriceol v. Phillips, 169 F. 3d 313 (5th Cir. 1999); Jones v. Greninger, 188 F3d 322 (5th Cir. 1999); Bribiesca v. Galaza, 215 F.3d 1015 (9th Cir. 2000);** and **Johnson v. Avery, 393 US 483, 21 L.Ed2d 718, 89 S.Ct. 747 (1969).**

Therefore, Plaintiff respectfully requests that the instant motion for leave to exceed 20 page limitation be granted.

**Respectfully submitted**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920-0273**

**Certification**

I hereby certify that I caused a true copy of the within motion for leave to exceed 20 page limitation to be mailed this **2nd** day of **August** ,2005, via interdepartmental mail, to: Ms. Patricia Coyne-Fague Esquire, Chief Legal Counsel, R.I. Dept. of Corrections, 40 Howard Avenue, Cranston RI 02920.

Normand Bedford

U.S. Federal District Court
Office of the Clerk
One Exchange Terrace
Providence, RI 02903

August 3, 2005

Re: Filing of Motion to Enlarge Time to File Supplemental Memorandum to Show Cause. Normand Bedford v. A.T. Wall, Director of the R.I. Dept. of Corrections, et al.

C.A.No.05-111S

Dear Clerk of Court:

On August 1, 2005 Plaintiff filed with this Honorable Court a "Motion to Enlarge Time," however, a mistake was made regarding the date requested for extension. Specifically, on page one of the motion, it erroneously had the date of October 3, 2005, instead of September 1, 2005, a total of fourteen (14), day enlargement. I am therefore, submitting a corrected original copy of the Motion to Enlarge. Please disregard the first filing and file the corrected version accordingly. Thank you.

Sincerely

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

Cc: Filed

Ms. Patricia Coyne-Fague Esq.,
Chief Legal Counsel
R.I. Dept. of Corrections
40 Howard Avenue
Cranston, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD *
(Plaintiff) *
*
*
v. * C.A.No.05-111S
*
*

A.T. WALL, Director of the
R.I. Dept. of Corrections, et al.,
Warden Walter Whitman, Medium Security
Senior Accountant Lucille Curran, R.I.
Dept. of Corrections Inmate Accounts.
(Defendants)



**PLAINTIFF'S MOTION TO ENLARGE TIME**

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby moves this Honorable U.S. District Court for an "Enlargement of Time to File a Supplemental Memorandum in Support of his August 3, 2005 Memorandum to Show Cause," pursuant to this Court's Order of July 22, 2005. Plaintiff's position is that he is being "denied all forms of access to the Court," through "denial of legal copies, denial of legal supplies, and denial of grievance forms." Plaintiff suffered the same violations from May 2, 2005, thru the month of June 2005. Plaintiff respectfully, requests that his time be enlarged from the August 12, 2005 deadline, fourteen (14), days or until **September 1, 05** respectively. Plaintiff asserts that he continues to be "harrassed, retaliated against,

and deliberately impeded from access to the Court by R.I. Department of Corrections officials, in a "Corrupt endeavor" to deprive him of his due process of law, pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

Therefore, Plaintiff respectfully requests that his instant Motion to Enlarge Time to File a Supplemental Memorandum in Support of his August 3, 2005 filed Memorandum to Show Cause.

**Respectfully submitted**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

**Certification**

I hereby certify that I caused an original copy of the enclosed Motion to Enlarge Time to be mailed this **3rd** day of **August**, 2005, interdepartmental mail, to: Ms. Patricia Coyne-Fague Esquire, Chief Legal Counsel, R.I. Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford