UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD (Plaintiff)

v.

C.A.No. 05-111S

A.T. WALL, Director of the R.I. Dept. of Corrections, et al., Warden Walter Whitman, Medium Security Senior Accountant Lucille Curran, R.I. Dept. of Corrections Inmate Accounts. (Defendants)



**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE SUPPLEMENTAL MEMORANDUM**

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby moves this Honorable U.S. District Court for an "Enlargement of Time to File a Supplemental Memorandum in Support of his August 3, 2005 Memorandum to Show Cause," pursuant to this Court's Order of July 22, 2005. Plaintiff's position is that he is being "denied all forms of access to the Court," through "denial of legal copies, denial of legal supplies, and denial of grievance forms." Plaintiff suffered the same violations from May 2, 2005, thru the month of June 2005. Plaintiff respectfully, requests that his time be enlarged from the August 12, 2005 deadline, fourteen (14), days or until October 3, 2005, respectively. Plaintiff asserts that he continues to be "harrassed, retaliated against,