UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S
C.A.No.05-095L

A.T. WALL, Director of the
R.I. Dept. of Corrections, et al.,
Warden Walter Whitman, Medium Security
Senior Accountant Lucille Curran, R.I.
Dept. of Corrections Inmate Accounts.
(Defendants)



**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby moves this Honorable United States Federal District Court for leave to exceed 20 page limitation for the filing of appendices and/or exhibits in support of Plaintiff's August 3, 2005 filing of his memorandum in support of motion to show cause, in writing, why his case should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m). Plaintiff requests leave to file eleven (11), page Affidavit of Complaint with approximately one hundred and thirty-nine (139), pages of exhibits in support of his show cause memoranum filed on August 3, 2005, supporting factual allegations of a "complete denial of access to the Court's" from May 2, 2005 thru June of 2005, in a "Corrupt endeavor" to impede, delay and

**ORDER**
**DENIED. Plaintiff failed to explain why the excess pages are needed.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: August 19, 2005**

**Referred to U.S.M.J.** Hagopian
☐ **for findings & recommendations**
☑ **for determination**
☐ ____________
**William E. Smith, U.S. District Judge**
**Date** 9/12/05