UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NORMAND BEDFORD<br><br>        Plaintiff,<br><br>v.<br><br>A.T. WALL, ET AL.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-111S<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 23, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff is provided an additional sixty days from the date of the Report and Recommendation, up to and including October 23, 2005, to effect service of process pursuant to Fed.R.Civ.P. 4 on all of the named defendants.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/8/05