**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05–111S**

**A.T. WALL**, Director of the
Rhode Island Department of Corrections,
et al.

**ORDER**

The matter is before the Court on the motion of the *pro se* plaintiff, Normand Bedford, to have the U.S. Marshals Service serve defendants A.T. Wall, Walter Whitman, and Lucille Curran. Plaintiff avers that he attempted to serve these defendants informally, with no success. Accordingly, plaintiff's motion is **GRANTED**.

IT IS SO ORDERED

Jacob Hagopian
Senior United States Magistrate Judge
Date: 20 Sep 05