U.S. Federal District Court
Attn: Ms. Barbara Gilfillan
1 Exchange Terrace
Providence R.I 02903

Oct. 3, 2005

Re: Filing Notice of Appeal
Normand Bedford

D.C. No. 04-271 L
App. No. 04-2604

Dear Ms. Gilfillan:

Please file the enclosed "Notice of Appeal" accordingly.

Also, please send me 2-additional USM-285 Processing Receipts for Service in the case of C.A. No. 05-111S. Please be advised, that I was disciplined and segregated on 9-14-05 for 21-days, for allegedly, "failing to comply with mail procedure", when I simply attempted to "mail legal correspondence to the Court", via money transfer slip. Also, my money transfer slips were unlawfully, confiscated by R.I.D.O.C. Correctional officer Justin Amaral, upon his unlawful return of my legal mail, prior to taking "Disciplinary action",

against me, in a "Corrupt endeavor" to "Obstruct the administration of justice" and deny me "Access to the Court's." This occurred despite an "Internal Affairs Investigation" by Inspector John Lopez, of the R.I. Dept. of Corrections, against Correctional Staff at this Maximum Security facility, for repeated claims of "Harrassment, retaliation, and denying me access to the Court's, through "Obstruction of legal correspondence", in violation of federal law 18 U.S.C. Sections 1503; and 1702. Despite the filing of numerous notorized Affidavits of the ongoing offences, no action has been taken by the Court, or R.I. D.O.C. officials, to rectify the Problems, as my "Discipline Appeal" was denied by acting Warden James Weeden, despite the U.S. Constitutional right of access to the Court without restriction.

Therefore, it is uncertain when I will be able to mail my Complaints back to the Court with the USM-285 Receipts, as long as I am restricted to forward legal mail by money

transfer slips.

This Court mistakingly, returned 3-Copies of my Complaint in C.A. No. 05-111S, prior to mailing me the 1-copy of USM-285 Receipt. Because it's bulk material, I don't have the money to re-mail the package while the R.I. D.O.C. restriction is in place.

Undoubtedly, the D.O.C. is attempting, successfully, to block my filing and service of the Complaint, upon them. Notably, I was taken/escorted to segregation minutes after receiving the Complaints back in the mail from the Court, on 9-14-05.

I will file the Complaints with the USM-285 Receipts as soon as humanly possible.

Respectfully

10-3-05

Normand Bedford

NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI
02920