UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD *
(Plaintiff) *
*
*
v. * C.A.No.05-111S
*
*

A.T. WALL, Director of the
R.I. Dept. of Corrections, et al.,
Warden Walter Whitman,
Senior Accountant Ms. Lucille Curran
(Defendant's)



**PLAINTIFF'S MOTION TO ENLARGE TIME**

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby, moves this Honorable United States Federal District Court for an "Enlargement of Time to File his Complaint's" and USM-285 "Processing Receipt(s)." Plaintiff's position is that he was given a sixty (60), day extension of time, or until October 26, 2005, however, this Court **only** sent him **one USM-285 Processing Receipt**, and Plaintiff needs **two** more, as **one** is required for each Defendant. There are three named Defendant's as titled above. Therefore, Plaintiff respectfully requests that his time to file and serve the named Defendant's by and through the U.S. Marshall Service be enlarged thirty (30), days, from the date of October 26, 2005, deadline, or **December 30, 2005**, which is thirty (30), working days, from the deadline. Plaintiff submits that he has previously

made his request to this Honorable U.S. Federal District Court for the **two** additional **USM-285 Processing Receipt(s)**, whereby, if the Court has not yet forwarded Plaintiff the same it is prayed that it do so, respectively, so as not to delay the process of Service upon the Defendant's unnecessarily.

Wherefore, Plaintiff prays that the instant motion to enlarge time be granted thirty (30), additional days, or until **December 30, 2005**, as respectfully requested herein.

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD (Pro se)**
**P.O. BOX 8273**
**CRANSTON, RI 02920-0273**

## Certification

I, the undersigned hereby, certify, that I, caused a true copy of the within "Motion to Enlarge Time" to be mailed, this **12th** day of **October** ,2005, postage prepaid, to: Ms. Patricia A. Coyne-Fague Esquire, Chief Legal Counsel, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford