David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

October 20, 2005

Mr. Norman Bedford
PO Box 8273
Cranston, RI 02920

RE: CA05-111S Norman Bedford v. Ashbel Wall, et al

Dear Mr. Bedford:

Enclosed you will find the copies of the complaint you submitted to the Clerk's Office on October 20, 2005 to be served on the defendants in the above captioned case. The complaint that was filed with the Court on March 11, 2005 contained exhibits A-C . The copies received today that you are serving upon the defendants contain two additional exhibits, D and E. Because these additional exhibits are not part of the Court record I have printed the copy of the complaint you filed on March 11, 2005 and attached said complaint to your Form USM-285.

For your information, also enclosed is a copy of the complaint that was filed with the Court on March 11, 2005 and attached to the Form USM-285.

Sincerely,

Paula Farrell Pletcher
Case Management Supervisor

enc:

cc: File CA05-111S

Dept. of Attorney General
Attn: Patrick Lynch
150 South Main Street
Providence, R.I. 02903

October 4, 2004

RECEIVED
SEP 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RE: Affidavit of Complaint/
Theft and misappropriation
of money in savings account.

Dear Patrick Lynch:

I am forwarding you the enclosed Affidavit of Complaint with it's attached exhibits A-E. I am requesting to file formal criminal charges regarding the same. Please notify me promptly. I want to resolve this as quickly as possible. Your time in this matter is appreciated. Thank you.

Sincerely

Normand Bedford

Normand Bedford Id.#102384
P.O. Box 8274
Cranston, R.I. 02920

Enclosures:

7099 3400 0009 7297 3609
[Certfied mail]

Dept. of Corrections
Warden Walter Witman
40 Howard Avenue
Cranston, R.I. 02920

U.S. Federal Dist. Ct.
Chief Justice Ernest Torres
One Exchange Terrace
Providence, R.I. 02903

Dept. of Attorney General
Attn: Patrick Lynch
150 South Main Street
Providence, R.I. 02903

October 4, 2004

RECEIVED
OCT 20 2005
Property of U.S. District Court
District of Rhode Island

RE: Affidavit of Complaint/
Theft and misappropriation
of money in savings account.

Dear Patrick Lynch:

I am forwarding you the enclosed Affidavit of Complaint with it's attached exhibits A-E. I am requesting to file formal criminal charges regarding the same. Please notify me promptly. I want to resolve this as quickly as possible. Your time in this matter is appreciated. Thank you.

Sincerely

Normand Bedford

Normand Bedford Id.#102384
P.O. Box 8274
Cranston, R.I. 02920

Enclosures:

7099 3400 0009 7297 3609
[Certfied mail]

Dept. of Corrections
Warden Walter Witman
40 Howard Avenue
Cranston, R.I. 02920

U.S. Federal Dist. Ct.
Chief Justice Ernest Torres
One Exchange Terrace
Providence, R.I. 02903