U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: NORMAND L. BEDFORD

COURT CASE NUMBER: 05-111S

DEFENDANT: DIRECTOR ASHBEL T. WALL (RIDOC)

TYPE OF PROCESS: U.S. MARSHALL SERVICE

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ms. PATRICIA COYNE-FAGUE ESQUIRE, CHIEF LEGAL COUNSEL (RIDOC)

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 40 HOWARD AVENUE, CRANSTON, RHODE ISLAND 02920.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NORMAND BEDFORD (Plaintiff)
P.O. BOX 8273
CRANSTON, RI 02920-0273

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Normand L. Bedford Pro se | [X] PLAINTIFF ☐ DEFENDANT | NONE | 10-14-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward Kava | 10/21/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Kathleen Kelly - Senior Legal Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Dept. of Corrections

Date of Service: 10/24/05 Time: 4 am / (pm)

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $ 8.73 | | $53.73 | | $ 53.73 | |

REMARKS:
1 End; 1 Deputy, 1 hr, 18 miles Round Trip 3 Peices of Process

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>NORMAND L. BEDFORD | COURT CASE NUMBER<br>05-111s |
| DEFENDANT<br>Ms. LUCILLE CURRAN (Senior Accountant ACI) | TYPE OF PROCESS<br>U.S. MARSHALL SERVICE |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. PATRICIA A. COYNE FAGUE ESQUIRE, CHIEF LEGAL COUNSEL (RIDOC)

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
40 HOWARD AVENUE, CRANSTON, RI 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI 02920-0273

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Normand Bedford Pro Se | ☒ PLAINTIFF ☐ DEFENDANT | None | 10-14-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Edward Kawa | 10/21/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Kathleen Kelly - Senior Legal Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*): Dept of Corrections

Date of Service: 10/24/05 Time: 4 am / pm (circled)

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 8.73 | $ 53.73 | | | $ 53.73 | |

REMARKS: 18 miles

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>NORMAND L. BEDFORD | COURT CASE NUMBER<br>05-111S |
| DEFENDANT<br>~~DIRECTOR~~ WARDEN WALTER WHITMAN *(medium Sec)* | TYPE OF PROCESS<br>U.S. MARSHALL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Patricia A. Coyne-Fague Esquire, Chief Legal Counsel (RIDOC)

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
40 HOWARD AVENUE, CRANSTON, RHODE ISLAND 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NORMAND BEDFORD
P.O. BOX 8273
CRANSTON, RI 02920-0273

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Normand Bedford Pro Se* | ☒ PLAINTIFF ☐ DEFENDANT | NONE | *10-14-05* |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | *3* | No. *70* | No. *70* | *Edward Kawa* | *10/21/05* |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
*Kathleen Kelly - Senior Legal Counsel*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
*Dept. of Corrections*

Date of Service *10/24/05* Time *4* am / pm (pm circled)

Signature of U.S. Marshal or Deputy
*Robert D Young*

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| *$ 45.00* | *$ 8.73* | | *$ 53.73* | | *$ 53.73* | |

REMARKS: *18 MILES*

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)