**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05 - 111 S**

**A.T. WALL**, et al.

# ORDER

The plaintiff's motion to extend time in which to file an Objection to the defendants' motion to dismiss is **GRANTED**. The plaintiff shall file his objection on or before January 9, 2006.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
November 29, 2005