UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

V.

A.T. WALL, Director, RI
Dept. of Corrections, et al.
(Defendants)

No. 05-111S



PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OBJECTION AND REBUTTLE

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby moves this Honorable Court to "Enlarge the time to file his Obsection and Rebuttal to Defendants motion to dismiss Complaint." Plaintiff's Position is that he is again being unlawfully confined to DC confinement (Segregation), and he is being denied any and all access to his legal material and supplies, in a "Corrupt endeavor" to obstruct justice by RI Dept. of Corrections Maximum Security officials, Constituting "Denial of access to Court," in violation of his due Process Pursuant to the 1st 5th 6th and 14th Amendments to the U.S. Constitution, as well as violations

of Federal law, 18 U.S.C. Sections 1503; 1702; and 1512.

Therefore, for all the aforementioned reasons Plaintiff requests that his time be enlarged Sixty (60) days from this Court's 11-29-2005 Order. Plaintiff avers that he is not scheduled to be released from his unlawful confinement to DC (Segregation) until sometime in February 2006. Thus, he prays that this motion be granted, enlarging the time 60 days from 1-9-06 deadline date,

Respectfully submitted

Normand Bedford

Normand Bedford Pro se
P.O. Box 8273
Cranston, RI 02920

Certification

I hereby certify that I, the undersigned have caused a true copy of the within "motion to enlarge time" to be mailed interdepartmental mail, this 15th day of December, 2005 to: Ms. Kathleen Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston RI 02920



Normand Bedford