UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. No. 05-111S

A.T. WALL, Director of the RI
Dept. of Corrections, et al.
(Defendent(s))



PLAINTIFF'S MOTION FOR ORDER FOR FREE ACCESS TO LEGAL WORK AND LEGAL SUPPLIES

Now comes Plaintiff, Normand Bedford, in the above entitled matter and moves this Honorable Court for "Order against the RI Dept. of Corrections", et al., to provide Plaintiff with "sufficient legal supplies" when needed, and with "free access to his legal material" when needed.

Plaintiff submits the attached Memorandum in Support of the instant motion.

Wherefore, it is Prayed that the instant motion be granted, respectively.

# Certification

I the undersigned hereby certify that I caused a true copy of the within "motion for Order for free access to legal work, and legal supplies, to be mailed interdeeartmental mail, this 15th day of December, 2005, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford

P.O. Box 8273 Pro se.
Cranston, RI
02920-8273
Normand Bedford

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. No. 05-111S

A.T. WALL, Director of the RI
Dept. of Corrections, et al.
(Defendants)



PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR ORDER FOR FREE ACCESS TO LEGAL WORK AND LEGAL SUPPLIES

1. Plaintiff submits that he has an active case pending in this Court in the above cited number, but cannot properly litigate his cause in light of the RI Dept. of Corrections unlawfully, and repeatedly "Denying him sufficient legal supplies, as well as his legal material."

2. Plaintiff asserts that RI Dept. of Corrections officials have wrongly targeted him, subsequently punishing him with DC confinement, (segregation), for over two months to "impede and stop his litigation with this Court.

3. Plaintiff is only allotted "six white legal #10 envelopes" and "One fifty Page writing Pad" once per month, per indigency Policy, despite his substantial legal filings. Plaintiff is also being denied "Large manila envelopes" which most of his filings require in light of size.

4. Plaintiff has repeatedly been unlawfully confined to DC Confinement (Segregation), whereby he continually is denied "all access to his legal material and supplies." Notably, this occurred over five times despite requests.

5. Plaintiff has submitted volumes of evidence to this Court, as well as the U.S. Court of Appeals for the First Circuit, demonstrating a "Corrupt endeavor" to obstruct the administration of Justice, and impede all access to the Court's at the hands of RI Dept. of Corrections officials, in clear violation of 18 U.S.C. Section 1503; 1702; and 1512.

6. Plaintiff has unsuccessfully involved the "Internal Affairs Division" of the RI D.O.C., as well as the "Grievance Procedure" but all has resulted in futility because the offences

persist without remedy.

7. Plaintiff's causes have resulted in undo, and unreasonable delay in his appeals process of an "Illegal and Void Judgment," and the litigation of his instant cause in No. 05-111S, a claim that includes federal conspiracy by D.O.C. officials.

Therefore, Plaintiff prays that the instant motion that this Memorandum supports be granted, essentially "providing, and issuing an Order of this Court commanding, instructing, and ordering the RI Dept. of Corrections to provide Plaintiff with sufficient legal supplies, when needed, as well as his legal material, when needed. Plaintiff is legally indigent and cannot afford such material, including sufficient manila envelopes in light of his substantial pleadings.

Respectfully submitted
Normand Bedford
Normand Bedford Pro se
P.O. Box 8273
Cranston, RI 02920

# Certification

I the undersigned hereby certify that I caused a true copy of the within motion for Order for free access to legal supplies and legal material with associated memorandum to be mailed this 15th day of December, 2005, interdepartmental mail to: Ms. Kathleen M. Kelly, R.I Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford

NORMAND BEDFORD
P.O. BOX 8273
Cranston, RI 02920