---

## III. PROCEDURES:

### A. Definition

The indigent inmate is defined as one who is involuntarily unemployed, has less than ten dollars (< $10.00) in his/her active account, and has had no deposits of ten dollars or more (≥ $10.00) in the previous two months.

1. The facility/program/unit manager or designee is responsible for confirming the indigent status of inmates.

### B. Items Contained in the Indigent Kit

1. One 4 oz. bottle of shampoo;
2. One 4.75 oz. can of shave cream;
3. Two disposable razors;
4. One 8 ½" x 11" writing pad;
5. Six #10 envelopes;
6. One 5 oz. bath soap bar;
7. One 2.7 oz. tube of toothpaste;
8. One toothbrush;
9. Writing pen;
10. Three two-packs of generic pain reliever;
11. One 5 oz. deodorant stick.

NOTE: The indigent kit's product sizes may change based on average monthly usage. Also, items may be added or deleted as needs change.

Exhibit A