(6) Photocopies

(a) Inmates may request photocopies from the Central Law Library (via the Law Librarians) and/or the satellite libraries (via the inmate Law Clerks).

(b) Inmates will be charged five cents ($0.05) per copied page.

(c) Signed Money Transfer Slips must accompany requests for photocopies.

(d) Indigent Inmates – If an inmate has an insufficient balance in his/her account, a charge will nevertheless be placed against the account. Such a charge will result in a negative balance in the inmate's account.

(1) When an inmate's account has a negative balance because of such photocopying charges, one-half of all deposits will be used as an offset to the charges until such time as the charges have been paid in full. There are no restrictions on the other half of deposits beyond normal restrictions.

NOTE: Unreasonable (i.e., voluminous or repeat) requests for photocopies from indigent inmates may be denied at the discretion of the Warden or designee (satellite libraries) and/or the Law Librarians (Central Law Library).

(7) Interstate Transfers

**NOTE:** Generally, requests from inmates who are represented by counsel are not filled by RIDOC's Law Librarians. However, if a Rhode Island inmate who is serving his/her sentence (or a portion thereof) out of state is represented by legal counsel, but is unable to contact his/her attorney in a timely manner, RIDOC's Law Librarian may fill his/her request for information.

Exhibit B