# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. No. 05-111S

A.T. WALL, Director of the RI
Dept. of Corrections, et al.
(Defendent(s))



## PLAINTIFF'S MOTION FOR ORDER FOR FREE ACCESS TO LEGAL WORK AND LEGAL SUPPLIES

Now comes Plaintiff, Normand Bedford, in the above entitled matter and moves this Honorable Court for "Order against the RI Dept. of Corrections", et al., to provide Plaintiff with "sufficient legal supplies" when needed, and with "free access to his legal material" when needed.

Plaintiff submits the attached Memorandum in Support of the instant motion.

Wherefore, it is Prayed that the instant motion be granted, respectively.

U.S.M.J. Hagopian

1/20/06

**ORDER**

Given the submission of the Parties, I find no basis exists to grant this Motion. Plaintiff's filings demonstrate that he has sufficient access to legal supplies and "free access" to legal materials.

Senior U.S. Magistrate Judge Jacob Hagopian
Date: January 24, 2006