# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. CA. No. 05-111S

A.T. WALL, Director, RI Dept. of Corrections, et al.

## PLAINTIFF'S MOTION TO ENLARE TIME TO FILE REBUTTAL AND RESPONSE

Now comes Plaintiff, NORMAND BEDFORD, in the above-entitled matter and hereby moves this Honorable Court for an "Enlargement of Time to File his Rebuttal and Response to the Defendant's Objection to Plaintiff's Motion for Order for Access to legal material and sufficient legal supplies." Plaintiff posits that he is in DC Confinement (Segregation), until January 26, 2006, and his recent request for "Law clerks" assistance in Photo copying legal material for filing in the above entitled matter has been deliberately ignored in light of deadline date of January 23, 2006, and other Purported claims. Therefore, Plaintiff seeks an enlargement of

time of ten (10), additional days, in which to file his Rebuttal and Response. He further requests that the time be enlarged ten (10), days from the deadline date of January 23, 2006, accordingly.

Wherefore, for all the aforementioned reasons Plaintiff requests that the instant motion be granted.

Respectfully submitted

Dated: 1-17-06 Normand Bedford

NORMAND BEDFORD Prose
P.O. Box 8273
Cranston, RI 02920

Certification

I the undersigned hereby certify that I caused an original copy of the within Motion to Enlarge Time to be mailed this 18th day of January, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920

Normand Bedford