# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. C.A. No. 05-111S

A.T. WALL, Director, RI
Dept. of Corrections, et al.
(Defendents)

## PLAINTIFF'S MOTION TO ENLARGE TIME

Now comes Plaintiff, NORMAND BEDFORD, in the above-entitled matter and hereby moves this Honorable Court for "enlargement of time to file his Objection and Rebuttal to the Defendant's Motion to Dismiss civil action." Plaintiff's position is that he is not scheduled to be released from DC Confinement (segregation), until January 26, 2006, and further asserts that the "law library" is closed on Saturdays and Sundays, and therefore, four (4), of the remaining days leading up to the current deadline date of February 9, 2006, fall on Saturday and Sunday, thus, infringing upon the due process of the Plaintiff, especially, in light of ongoing claims of "Conspiracy to obstruct justice" at

the hands of numerous Rhode Island Dept. of Corrections officials at the Maximum Security facility in Cranston.

Plaintiff is being denied a "Notary Public" for one (1) week now, and also, has other Pending litigation with Court Order deadlines bearing weight on the Plaintiff. Plaintiff has been denied all access to his legal evidence and material for over two (2), months now.

Therefore, Plaintiff seeks an additional thirty (30), days "enlargement of time" from the date of February 9, 2006, respectively. Wherefore, Plaintiff respectfully requests that the instant motion be granted.

Respectfully submitted

Dated: 1-25-06 Normand Bedford

Normand Bedford (Pro se)

I, hereby certify that I caused a true original copy of the within motion to enlarge time to be mailed this 25th day of January, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly RI Dept. of Corrections, 40 Howard Avenue Cranston, RI 02920.

Normand Bedford