UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND L. BEDFORD
(Petitioner)

CA 05 111S

v. C.A.No.[redacted]

A.T. WALL II, Director of the
R.I. Department of Corrections, et al.
(Respondents)



**PETITIONER'S MOTION FOR ORDER TO ADJUDGE THE R.I. DEPARTMENT OF CORRECTIONS IN CONTEMPT OF COURT**

Now comes Petitioner, Normand L. Bedford, in the above entitled matter and hereby, moves this Honorable United States Federal District Court, for Order Adjudging the R.I. Department of Corrections Maximum Security Facility Administration (Staff), in Contempt of Court, for failing to adhere to a written notice and filing of a "Temporary Restraining Order" alleging violations of Federal laws, retaliation, unlawful segregation, and harrassment. Petitioner relies on the doctrine enunciated in the Federal Rules of Civil Procedure, Rule 65(b), which states in pertinent part, that "A temporary restraining order may be granted without written or oral notice to the adverse party or that party's attorney only if (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irrepar-

ORDER

DENIED. The movant has not shown that any basis exists to grant the motion to hold the Defendents in contempt. I find that no court orders have been violated.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: January 31, 2006

(3)