**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05 - 111 S**

**A.T. WALL**, et al.

# ORDER

This matter is before the Court on the motion of the plaintiff to extend time in which to file a rebuttal to defendants' objection to his motion for free access to legal materials/supplies. Said motion is **DENIED** as moot. On January 24, 2006, this Court ruled on plaintiff's motion for free access to legal materials/supplies.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
February 7, 2006