**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05 - 111 S**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on the motion of the plaintiff to extend time in which to file an objection to the defendants' motion to dismiss. Plaintiff seeks until March 9, 2006 to file his objection. Said motion is **DENIED** as moot. On January 9, 2006, this Court already permitted the plaintiff to file his objection on or before March 9, 2006. A copy of this Order is attached.

**No further extensions of time will be permitted.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
February 7, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05 - 111 S**

**A.T. WALL,** et al.

**ORDER**

The plaintiff's motion to extend time in which to file an Objection to the defendants' motion to dismiss is **GRANTED**. The plaintiff shall file his objection on or before March 9, 2006. **No further extensions of time will be permitted.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
January 7, 2006