UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A. No.05-111S

A.T. WALL, Director of the R.I.
Dept. of Corrections, et al.
(Defendants)

**PLAINTIFF'S NOTICE OF APPEAL**

Now comes Plaintiff, NORMAND BEDFORD, in the above-entitled matter and hereby, gives his "Notice of Appeal from this Court's **January 24, 2006, premature order** denying his **January 18, 2006,** 'Motion for Enlargement of Time' to file a 'Rebuttal and Response' to the Defendant's 'Motion to Dismiss.'" Plaintiff asserts that he is filing a "Motion for Reconsideration of his previously filed Motion for Order for Free Access to Legal Work, and Sufficient Legal Supplies," which is attached hereto. Therefore, please hold the 'docketing of this appeal in respect to the above.'

**Respectfully submitted**

Normand Bedford
NORMAND BEDFORD (Pro se)
P.O. BOX 8273
CRANSTON, RI 02920

**Certification**

I, the undersigned hereby certify, that I, caused a true copy of the within "Notice of Appeal" to be mailed this 2nd day of February, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, R.I. Dept. of Corrections Legal Counsel, 40 Howard Avenue Cranston, Rhode Island 02920.

**Dated: January 27, 2006.**

Normand Bedford
NORMAND BEDFORD (Pro se)
P.O. BOX 8273
CRANSTON, RI 02920