UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

RECEIVED
FEB 06 2006
Property of U.S. District Court
District of Rhode Island

A.T. WALL, Director of the R.I.
Dept. of Corrections, et al.
(Defendant's)

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF MOTION FOR ORDER FOR FREE ACCESS TO LEGAL WORK AND SUFFICIENT LEGAL SUPPLIES**

Now comes Plaintiff, NORMAND BEDFORD, in the above-entitled matter and hereby moves this Honorable United States Federal District Court for "Reconsideration of previous Motion for Order for Free Access to Legal Work and Sufficient Legal Supplies." Plaintiff's position is that this Court **failed to acknowledge Plaintiff's January 18, 2006, Motion to Enlarge Time to File his Rebuttal and Response to the Defendant's Motion to Dismiss before prematurely denying Plaintiff's motion. See Plaintiff's "Motion to Enlarge Time dated January 18, 2006, with the certification of the same," enclosed herein.** Plaintiff further asserts that he is **"being deliberately denied a notory stamp by prison officials for over a week now."**

Plaintiff submits the attached Memorandum in Support of this motion, whereby he prays that the same be granted respectively.

**Certification**

I, the undersigned hereby certify, that I, caused a true copy of the within "Motion for Reconsideration" be mailed this 2nd day of February , 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, R.I. Dept. of Corrections, Legal Counsel, 40 Howard Avenue Cranston, Rhode Island 02920.

Dated: 1-27-2006

Normand Bedford

NORMAND BEDFORD (Pro se)
P.O. BOX 8273
CRANSTON, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

A.T. WALL, Director of the R.I. Dept. of Corrections, et al.
(Defendant(s))



**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR ORDER FOR FREE ACCESS TO LEGAL WORK AND SUFFICIENT LEGAL SUPPLIES**

Now comes Plaintiff, NORMAND BEDFORD, in the above-entitled matter and hereby moves this Honorable United States Federal District Court for "Reconsideration of previous Motion for Order for Free Access to Legal Work, and Sufficient Legal Supplies."

**Facts and Travel:**

1. On **December 15, 2005,** Plaintiff filed with this Honorable Court a "Motion for Order for Free Access to his Legal Work, and Sufficient Legal Supplies." Plaintiff used his current "Civil action" in the above cited case number as a gate-way for his **December 15, 2005** motion. **See** enclosed herein, Plaintiff's "Motion and Memorandum with the certification date of **December 15, 2005.**"

2. On **January 9, 2006,** the Defendant(s) filed with this Honorable Court an "Objection to Plaintiff's motion noted above." Since the Plaintiff was in "Disciplinary confinement" (Segregation), at the

time that the Defendant's filed their "Objection to Plaintiff's Motion for Order for Free Access to Legal Material and Sufficient Legal Supplies," he knew it would be imperative to file a "Motion to Enlarge Time to File a Rebuttal and Response to the Defendant's Objection." In that motion filed with this Court on January 18, 20-06, he explained that "his request for 'Law clerks' assistance in photo-copying legal material for filing in the above-entitled matt-er had been deliberately ignored in light of deadline date of Jan-uary 23, 2006, and other purported claims." Notably, those other claims involve viable claims of "Obstruction of administration of justice, conspiracy, and a "corrupt endeavor" to impede, delay and deny Plaintiff's access to the Court's to over-turn a completely "Illegal and Void Judgment of Conviction and Sentence." The afore-mentioned claims allegedly violate U.S.C.S. Sections 1503; and Sec-tion 1702; as well as 1512. See enclosed herein, Plaintiff's "Motion to Enlarge Time" dated January 18, 2006, with the certification date of the same. However, this Court **ignored** Plaintiff's "Motion to Enl-arge Time" and denied Plaintiff's motion on January 24, 2006, the **day after R.I. Dept. of Corrections Maximum Security Staff searched the segregation block under the guise of alleged routine practices, but incidently Plaintiff witnessed the searching officer reading his confidential legal Affidavits,** before seperating and leaving all his papers and pleadings in complete disarray.

3. In light of the volume of evidence and factual claims, some of which is noted above, filed with this Court supported by numer-ous notorized Affidavits of Complaint and truth, Plaintiff was

clearly entitled to marshall all relevant evidence before the Court prior to determination. After all, Plaintiff was placed in "Disciplinary confinement" (Segregation), as a direct result of "Criminal conspiracy to obstruct the administration of justice at the hands at R.I. Department of Corrections officials, retaliation, harrassment, and intimidation" in light of Plaintiff's civil-action in the aforementioned cited case number.

Therefore, for all the aforementioned reasons Plaintiff respectfully requests that the instant "Motion for Reconsideration for Order for Free Access to Legal Work and Sufficient Legal Supplies" be granted respectively.

**Respectfully submitted**

**Dated: 1-27-2006**

Normand Bedford

**NORMAND BEDFORD (Pro se)**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

**Certification**

I, the undersigned hereby certify, that I, caused a true copy of the within "Motion for Reconsideration" be mailed this 2nd day of February, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, Rhode Island Dept. of Corrections Legal Counsel, 40 Howard Avenue, Cranston, Rhode Island 02920.

Normand Bedford