UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v.

C.A.No.05-111S

A.T. WALL, Director, RI Dept. of Corrections, et al.,
(Defendants)



**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE REBUTTAL AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT ON EMERGENCY GROUNDS**

Now comes Plaintiff, Normand Bedford, in the above-entitled matter and hereby, moves this Honorable Court for an "enlargement of time to file his rebuttal and response to Defendants motion to dismiss complaint, on 'emergency grounds.'" Plaintiff asserts that he is being "impeded, blocked and stopped," from filing his "rebuttal and response" **due on or before March 9, 2006 deadline.** Plaintiff has been denied the fundamental right to make legal copies for his essential filing. He has been deliberately denied the right to make copies from **February 16, 2006, thru February 27, 2006,** in a "corrupt endeavor" to obstruct the administration of justice at the hands of numerous Rhode Island Department of Corrections, Maximum Security officials (Staff). **See Bribiesca v. Galaza, 215 F.3d 1015 (9th Cir. 2000)**; and **Chriceol v. Phillips, 169 F.3d 313 (5th Cir.1999).** Plaintiff further posits, that the "dirty politics" of R.I. Dept. of Corrections officials at every level have been the history of Plaintiff's

litigation in the United States Federal District Court, as well as the United States Court of Appeals for the First Circuit, causing irreparable injury to his cause. **See Lewis v. Casey, 518 US 343, 135 LEd2d 606 S.Ct.2174 (1996).**

Wherefore, Plaintiff respectfully seeks an "enlargement of time to file his prepared rebuttal and response to Defendants motion to dismiss complaint." Plaintiff seeks an enlargement of twenty days (20 days), respectively, from the **deadline date of March 9, 2006.**

**Respectfully submitted**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

**Certification**

I the undersigned hereby certify, that I caused an **original copy** of the within motion to enlarge time on emergency grounds, to be mailed this **27th** day of **February** ,2006, **via interdepartmental mail, to:** Ms. Kathleen M. Kelly, R.I. Dept. of Corrections, 40 Howard Avenue Cranston, RI 02920.

Normand Bedford