UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S.Fed.Dist.Ct.,

Case No. 05-111S

NORMAND BEDFORD, Plaintiff

v.

A.T. WALL, Dir., Defendant
R.I.Dept. of Corrections, et al.

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes the petitioner, NORMAND BEDFORD, and respectfully requests this Honorable Court to issue a Writ of Habeas Corpus so that the petitioner might testify in his own behalf on this Motion for INJUNCTIVE RELIEF. The petitioner states that he is incarcerated at the Adult Correctional Institution in Cranston, RI, and in the custody of A.T. Wall, Director. The petitioner is entitled to an appearance in U.S. Dist. Court pursuant to R.G.G.L. 10-9-1.

Wherefore, petitioner seeks the issuance of a Writ forthwith so that his cause will not be further delayed.

Normand Bedford
P.O. Box
Cranston, RI 02920

It is hereby ORDERED, ADJUDGED AND DECREED.

Let Writ of Habeas Corpus issue as prayed for the returnable on the ______ day of ______________ at 9:30 a.m.

Justice ______________________
Clerk ______________________
Presented by ______________________

CtHabeasTestificandum