STATE OF RHODE ISLAND AND PROVIDENCE
PLANTATIONS RI DEPT. OF CORRECTIONS

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

A.T. WALL, Director, RI
Dept. of Corrections, et al.,
(Defendants)

**PLAINTIFF/INMATE'S NOTICE OF APPEAL**

Now comes Plaintiff/Inmate, Normand Bedford, in the above-entitled matter and hereby, gives his "Notice of Appeal" from the Rhode Island Department of Corrections Maximum Security facility Warden James Weeden's **February 27, 2006**, "Inter-Departmental Memo's" erroneous...resolution "delaying, restricting, and blocking Plaintiff's access to the Courts through it's ambiguos and prejudicial determination." The same further constitutes "discrimination" in a "corrupt endeavor" to obstruct the administration of justice, and interfere with the normal judicial functions of the United States Federal District Court in a Civil action, to which, Plaintiff seeks to file his "rebuttal and response to the Defendants (R.I.D.O.C.) motion to dismiss complaint" before the **deadline date of March 9, 2006.**

**Certification**

I the undersigned hereby certify that I caused a true original copy of the within "Notice of Appeal" to be mailed this 3rd day of **March 2006**, postage prepaid, to: United States Federal District Court, 1 Exchange Terrace, Providence, RI 02903, Clerk's Office.

Normand Bedford
Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920