**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Normand Bedford,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-111S** |
| | : | |
| **A.T. Wall, Director of the Rhode Island Department of Corrections, and the Rhode Island Dept. of Corrections** | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Now comes the Defendant, by and through his attorney, and hereby responds to the Plaintiff's Motion for Enlargement of Time. The Defendant does not object to an enlargement of time being granted to Plaintiff, however for the reasons argued in the accompanying memorandum, wishes to address accusations made by Plaintiff in his Motion.

Respectfully submitted,

Patricia A. Coyne-Fague #5198
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 fax

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Normand Bedford, Maximum Security, P.O. Box 8273, Cranston, RI 02920, on this 6th day of March 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Normand Bedford, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-111S** |
| | : | |
| **A.T. Wall, Director of the Rhode Island Department of Corrections, and the Rhode Island Dept. of Corrections** | : | |

**DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Now comes the Defendant, by and through his attorney, and hereby responds to the Plaintiff's Motion for Enlargement of Time in Which to Respond to Defendant's Motion to Dismiss. The Defendant does not object to Plaintiff's request for an enlargement of time, however Defendant wishes the record to reflect that he does not agree with Plaintiff's representations made in his motion insofar as Plaintiff accuses the Defendant of a "corrupt endeavor" and "dirty politics."

Within his motion, Plaintiff claims that he "has been deliberately denied the right to make [legal] copies from February 16, 2006 thru February 27, 2006" because the staff at the prison seek to interfere with his right of access to the courts. In response, the Defendant directs the Court's attention to two memoranda (from Warden Weeden to the Assistant to the Director, and from Warden Weeden to inmate Bedford, copies attached) which clarify the amount of legal copies Mr. Bedford has made and why his legal copying was recently restricted. Further, Defendant submits that Mr. Bedford was offered a prison job on February 28, 2006, which Mr. Bedford declined, stating that he preferred a job in the dining room (see attached memo. from Correctional Officer Pezza

to Warden Weeden). As is clear from the information in the attached documents, inmate Bedford has abused both the grievance system as well as the limits of the legal copying policy for indigent inmates and refuses to mitigate his circumstances by accepting a job. The Department's reluctance to permit more copying without some sort of verification of need is warranted in this case, and not evidence of a "corrupt endeavor."

Respectfully submitted

Patricia A. Coyne-Fague #5198
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-0145
(401) 462-2583 fax

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Normand Bedford, Maximum Security, P.O. Box 8273, Cranston, RI 02920, on this 6th day of March 2006.

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**INTER-DEPARTMENTAL MEMO**
**MAXIMUM SECURITY**

Memorandum to: Ann Fortin Assistant to the Director

Department: Corrections

From: James Weeden, Warden

Department: Maximum Security

Date: February 24, 2006

Subject: **Norman Bedford # 102384**

This is in response to Mr. Bedford's complaint on denial of legal copies. Mr. Bedford copied 909 copies between January 31 and February 8, 2006. This amount is considered unreasonable for an indigent inmate under policy 13.03 "A ccess to courts and Legal Materials".

Under 13.03 "Unrea sonable (i.e., voluminous or repeat) requests for photocopies from indigent inmates may be denied at the discretion of the Warden or designee (satellite libraries) and/or the Law Librarians (Central Law Library).

Officer Pezza was under my instruction to deny Mr. Bedford's requests for more copies.

Mr. Bedford was removed from the grievance procedure for abuse previously. He is problem inmate that takes advantage of his indigent status, speaks and corresponds in a condescending manner to all staff.

This manager believes his abuse of the copying machine is unnecessary and a burden to taxpayers.

CC: File

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**INTER-DEPARTMENTAL MEMO**
**MAXIMUM / HIGH SECURITY**

Memorandum to: Norman Bedford

Identification #: 102384

From: James Weeden, Warden

Department: Maximum/High Security

Date: February 27, 2006

Subject: **Copy Requests**

I have been advised by the RIDOC Central Law Library that the court will request the number of copies it requires from the complainant.

Due to your voluminous copy requests you will be required to provide proof of the number of copies the court requires from you. Without this documentation you will not be afforded use of the copy machine until you are able to pay for your copies.

You will be required to show the 7-3 shift Library Officer proof prior to being allowed copy machine access. You will not have access to the copy machine on the 3-11 shift until it is necessary and approved by this office.

CC: Deputy Boyd
Lt. McCaffrey
Lt. Travers
Library Officer
P. Jenison Central Law Library

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

INTER-OFFICE MEMO

TO: WARDEN WEEDEN DATE: 2/28/06

DEPT: MAX.

FROM: C/O PEZZA

DEPT: MAX.

SUBJECT INMATE NORMAN, BEDFORD I.D. # 102384

ON THE ABOVE DATE AT ABOUT 10 30AM, I C/O PEZZA ASKED INMATE BEDFORD IF HE WANTED A JOB IN THE LIBARY. AT THIS TIME INMATE BEDFORD STATED "NO THANK YOU I NEED A LITE DUTIE JOB LIKE DINNING ROOM PACKER." THEN HE WALKED AWAY.

RESPECTFULY
SUBMITTED
C/O Pezza
#239