UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

A.T. WALL, Director, RI
Dept. of Corrections, et al.,
(Defendants)

**PLAINTIFF'S EMERGENCY MOTION TO ENLARGE TIME**

Now comes Plaintiff, Normand Bedford, in the above-entitled matter and hereby moves this Honorable Court for an "Enlargement of Time to File his Rebuttal Memorandum and exhibits, on **emergency grounds.**" Plaintiff submits that this is his **second** filing of his independant request for the same. However, Plaintiff has not got any response to his numerous inquiries regarding his motion, nor has he got any response to his filing and refiling his "Petition for Temporary Restraining Order" against the Rhode Island Department of Corrections Maximum Security officials, et al., whereby, Plaintiff is being deliberately **"blocked from filing his rebuttal on or before this Court's deadline Order dated January 9, 2006, with a deadline of March 9, 2006.** Plaintiff has been harrassed and impeded from all access to the Court in this matter since **February 16, 2006,** as noted in several different pleadings and inquiries filed with this Court.

**ORDER**
**GRANTED. Plaintiff shall have until March 24, 2006 within which to file an objection. No further extension shall be granted.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: March 14, 2006**

3/10/06

Therefore, Plaintiff seeks, and respectfully requests that the instant motion for emergency enlargement of time be granted respectively. **Plaintiff requests an enlargement of twenty days (20).**

**Respectfully submitted**

Normand Bedford

**NORMAND BEDFORD (Pro se)**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

**Certification**

I the undersigned hereby certify that I caused a true copy of a second original "motion for emergency enlargement of time" to be mailed this **6th** day of **March** ,**2006, via interdepartmental mail,** to: Ms. Kathleen M. Kelly, R.I. Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford