# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. C.A. No. 05-111S

A.T. WALL, Director, R.I.
Dept. of Corrections, et al., Page 1 of 3

## MOTION TO ENLARGE TIME

Now comes Plaintiff, Normand Bedford, in the above entitled matter and hereby, moves this Honorable Court for an "Enlargement of Time", to file his rebuttal and response to the Defendants "Objection to Plaintiff's Motion for a Temporary Restraining Order," that Plaintiff received 'one day' before he was dragged off to segregation on March 8, 2006, for "false allegations" of allegedly threatening an ACI officer named "Frank "Franky" Pezza," and just 'one day' prior to this Court's deadline Order of January 9, 2006, to file his "Rebuttal Memorandum and Exhibits A-K," which Plaintiff was denied the right of "copying and filing", from February 8, 2006, the date it was completed, thru March 8, 2006, the day officer Pezza, committed his final act of "Conspiracy to obstruct justice," in violation of federal law, 18 U.S.C. Sections

1503; and 1702; as well as 1512, causing irreparable injury to Plaintiff's cause under Lewis v. Casey, 518 US 343, 135 LEd2d 606, 116 SCt. 2174 (1996), and in violation of his constitutional and civil rights, pursuant to the First, Fifth Sixth, Eighth and Fourteenth Amendments to the United States Constitution. Notably, Plaintiff filed with this Court, a seven page "Affidavit of Complaint" exclusively, involving the above named officer. This was filed with Plaintiff's "Motion for a Temporary Restraining Order" in a large package on February 14, 2006, however, Plaintiff was still targeted, and re-targeted by the above named officer, in violation of his due process, and federal law.

Therefore, for all the aforementioned reasons, Plaintiff requests that his time be enlarged 20 days, to file a relevant rebuttal to the Defendants Objection, respectively.

Dated: 3-11-06

Respectfully submitted

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920

# Certification

I the undersigned hereby certify that I caused a true (original) copy of the within "motion to enlarge time to file rebuttal" to be mailed, this 12th day of March, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Dated: 3-11-06

Normand Bedford

Normand Bedford (Pro se)
P.O. Box 8273
Cranston, RI 02920