# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## INTER-DEPARTMENTAL MEMO
## MAXIMUM / HIGH SECURITY

Memorandum to: Norman Bedford

Identification #: 102384

From: James Weeden, Warden

Department: Maximum/High Security

Date: February 27, 2006

Subject: **Copy Requests**

I have been advised by the RIDOC Central Law Library that the court will request the number of copies it requires from the complainant.

Due to your voluminous copy requests you will be required to provide proof of the number of copies the court requires from you. Without this documentation you will not be afforded use of the copy machine until you are able to pay for your copies.

You will be required to show the 7-3 shift Library Officer proof prior to being allowed copy machine access. You will not have access to the copy machine on the 3-11 shift until it is necessary and approved by this office.

CC: Deputy Boyd
Lt. McCaffrey
Lt. Travers
Library Officer
P. Jenison Central Law Library

Dear Director Wall II: March 10, 2006

On March 8, 2006, I was retaliated against by C/o Frank "Franky" Pezza, who made false allegations against me, and took me to segregation. C/o Masi, was there to witness, that "no offences" were committed by me to warrant C/o Pezza's unlawful and criminal actions. I solemnly swear by an oath to God, in the Holy name of Jesus Christ, that I did not have any debates, arguments, or the like, nor did I threaten anyone, let alone an officer of the law. If I'm lying, may God stricken me with blindness, but if I'm telling the truth, let my false accuser be convicted and face whatever God deems just. I have suffered enough from C/o Pezza's false allegations in the past. Now I suffer again, in seg. for 35 days, for complete lies.

* Nevertheless, you never resolved my Level 2 Grievance and now I'm still restricted to the terms of Warden Weeden's February 27, 2006, resolution, which now denies me from legal copying altogether. This is because that resolution restricts, unlawfully, my copying rights to the 7-3 shif only. C/o Manuel Pinheiro, of seg., day shift, informed

me that "law clerks" are not authorized to enter Segregation on day shift 7-3.

Also, I have had two substantial deposits, totaling two hundred dollars ($200.00), and therefore, should not be restricted at all. Therefore, I respectfully request full restoration of all copying rights, and thus, removing and rescinding any and all restrictions of the same.

I am also compelled to request that through your "executive powers," I be immediately released from unlawful "Discipline Confinement" (Segregation). I am totally innocent of both bookings. Everyone knows this was retaliation by officer Frank "Franky" Pezza, whom I stated to you before, is completely "out of control." He can't add right, he can't spell right, nor can he control his anger.

I also have strong reason to believe that C/O Pezza stole my legal property in the form of at least four "green certified cards and receipts" because they were not with my legal folder when it reached seg., after he was in possession of such. He specifically questioned me about them the day before he took me to seg. C/o Pinheiro, denied me access

to my traps in seg. and further denied me Grievance forms, to file against C/o Pezza, for theft, and retaliation. I request these grievance forms, respectfully, and I request to be Provided with certified cards and receipts, and full access to copying rights.

3-10-06 Sincerely Norman Bedford