UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. CA. No. 05-111S

A.T. WALL, Director, RI
Dept. of Corrections, et al.

PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE REBUTTAL AND OTHER EVIDENCE TO DEFENDANTS OBJECTION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Now comes Plaintiff, Normand Bedford, in the above-entitled matter, and hereby, respectfully, requests this Honorable Court for an "Enlargement of Time to File his Rebuttal and other evidence to the Defendants Objection to Plaintiff's Motion for Temporary Restraining Order." Plaintiff asserts that his preparation and filing of "interlocutory appeals" to his denial of the right to produce legal copies within the R.I. Dept. of Corrections Maximum Security facility Administration are still pending and unresolved. Plaintiff is expected to be released from "unlawful" Disciplinary Confinement (Segregation), on April 11, 2006. Also,

until full copying rights are restored, he cannot produce the same. Specifically, RI Dept. of Corrections (Defendants), through restrictions placed on the Plaintiff, are "seeking to invade, and pry into his business and legal secrets" in violation of federal law 18 U.S.C. Sections 1503; and 1702, by requiring him to turn over his legal material for copying, to the same staff accused of stealing, and discarding legal material and mail, as evidenced by Plaintiff's Rebuttal Memorandum and Exhibits A-K, to Defendants Motion to Dismiss Lawsuit.

Therefore, for all the aforementioned reasons, Plaintiff seeks to be granted an enlargement of time of thirty days (30 days), from the date of certification of this motion.

Respectfully submitted
Normand Bedford
Normand Bedford (Prose)
P.O. Box 8273
Cranston, RI 02920

# Certification

I the undersigned hereby certify that I caused an original copy of the within motion to enlarge time to be mailed this 29th day of March, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston RI 02920

Normand Bedford