Rhode Island Departement of Corrections

Inmate Account History

ID#: 102384

Name: BEDFORD, NORMAN L

[redacted]

Location: MAX - SEG - SEG-1

| Balances as of 3/14/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 81.91 | -652.10 | 125.51 | -444.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/26/2005 | <POSTAGE> | POSTAGE | -1.06 | 44.06 | 625.81 | 125.51 |
| 8/26/2005 | POSTAGE | POSTAGE | 1.06 | 44.06 | 626.87 | 125.51 |
| 8/26/2005 | <POSTAGE> | POSTAGE | -2.67 | 41.39 | 624.20 | 125.51 |
| 8/26/2005 | POSTAGE | POSTAGE | 2.67 | 41.39 | 626.87 | 125.51 |
| 8/26/2005 | <POSTAGE> | POSTAGE | -0.60 | 40.79 | 626.27 | 125.51 |
| 8/26/2005 | POSTAGE | POSTAGE | 0.60 | 40.79 | 626.87 | 125.51 |
| 8/30/2005 | EPR | OID:100458894-ComisaryPurch-Reg | -14.58 | 26.21 | 626.87 | 125.51 |
| 8/31/2005 | <POSTAGE> | CERTIFIED MAIL | -7.18 | 19.03 | 619.69 | 125.51 |
| 8/31/2005 | POSTAGE | CERTIFIED MAIL | 7.18 | 19.03 | 626.87 | 125.51 |
| 9/2/2005 | POSTAGE | CERTIFIED MAIL | 8.80 | 19.03 | 635.67 | 125.51 |
| 9/2/2005 | <POSTAGE> | CERTIFIED MAIL | -8.80 | 10.23 | 626.87 | 125.51 |
| 9/4/2005 | EPR | OID:100459824-ComisaryPurch-Reg | -9.01 | 1.22 | 626.87 | 125.51 |
| 9/8/2005 | <LEGAL COPY> | LEGAL COPIES MAX 8-2- 8-25 | -1.22 | 0.00 | 625.65 | 125.51 |
| 9/8/2005 | LEGAL COPY | LEGAL COPIES MAX 8-2- 8-25 | 36.70 | 0.00 | 662.35 | 125.51 |
| 9/14/2005 | FURLOUGH FEE | MEDFURL MAX W/E 07-10-2005 | 6.00 | 0.00 | 668.35 | 125.51 |
| 10/11/2005 | LEGAL COPY | MAX LEGAL COPIES 8-25 TO 9-30 | 27.25 | 0.00 | 695.60 | 125.51 |
| 10/19/2005 | POSTAGE | POSTAGE | 4.75 | 0.00 | 700.35 | 125.51 |
| 10/19/2005 | MEDICAL | VIS MAX 10-05-2005 | 3.00 | 0.00 | 703.35 | 125.51 |
| 11/16/2005 | LEGAL COPY | LEGAL COPIES 9-30 TO 10-31 | 18.45 | 0.00 | 721.80 | 125.51 |
| 11/16/2005 | LEGAL COPY | LEGAL COPIES 9-30 TO 10-31 | 23.90 | 0.00 | 745.70 | 125.51 |
| 12/29/2005 | FURLOUGH FEE | MEDFURL MAX 12-06-2005 | 6.00 | 0.00 | 751.70 | 125.51 |
| 12/29/2005 | LEGAL COPY | LEGAL COPIES 11/05 MAX | 0.50 | 0.00 | 752.20 | 125.51 |
| 1/20/2006 | LEGAL COPY | LEGAL COPIES MAX 12/14-12/23 | 3.15 | 0.00 | 755.35 | 125.51 |
| 2/1/2006 | LEGAL COPY | MEDIUM LEGAL COPIES | 1.30 | 0.00 | 756.65 | 125.51 |
| 2/1/2006 | LEGAL COPY | VOID-MEDIUM LEGAL COPIES | -1.30 | 0.00 | 755.35 | 125.51 |
| 2/1/2006 | LEGAL COPY | MAX. LEGAL COPIES | 1.30 | 0.00 | 756.65 | 125.51 |
| 2/27/2006 | LEGAL COPY | LEGAL COPIES MAX JANUARY | 45.45 | 0.00 | 802.10 | 125.51 |
| 3/1/2006 | CASH A TELLER | SHIRLEY SANTOS | 150.00 | 150.00 | 802.10 | 125.51 |
| 3/1/2006 | <MEDICAL> | Payment for MEDICAL on 2005-10-19-13.49. | -3.00 | 147.00 | 799.10 | 125.51 |
| 3/1/2006 | <MED COPY> | Payment for MED COPY on 2004-12-10-13.53 | -14.00 | 133.00 | 785.10 | 125.51 |
| 3/1/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-08-27-13. | -6.31 | 126.69 | 778.79 | 125.51 |
| 3/1/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -9.75 | 116.94 | 769.04 | 125.51 |

Due to computer posting the 'Balances as of 3/14/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Exhibit A - 2 pages

Rhode Island Departement of Corrections

Inmate Statment for 12/31/2005 - 3/14/2006

ID#: 102384

Name: BEDFORD, NORMAN L

[redacted]

Location: MAX - SEG - SEG-1

| Balances as of 3/14/2006 : | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 68.02 | -652.10 | 125.51 | -458.57 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 1/20/2006 | LEGAL COPY | LEGAL COPIES MAX 12/14-12/23 | 3.15 | 0.00 | 755.35 | 125.51 |
| 2/1/2006 | LEGAL COPY | MEDIUM LEGAL COPIES | 1.30 | 0.00 | 756.65 | 125.51 |
| 2/1/2006 | LEGAL COPY | VOID-MEDIUM LEGAL COPIES | -1.30 | 0.00 | 755.35 | 125.51 |
| 2/1/2006 | LEGAL COPY | MAX. LEGAL COPIES | 1.30 | 0.00 | 756.65 | 125.51 |
| 2/27/2006 | LEGAL COPY | LEGAL COPIES MAX JANUARY | 45.45 | 0.00 | 802.10 | 125.51 |
| 3/1/2006 | CASH A TELLER | SHIRLEY SANTOS | 150.00 | 150.00 | 802.10 | 125.51 |
| 3/1/2006 | <MEDICAL> | Payment for MEDICAL on 2005-10-19-13.49. | -3.00 | 147.00 | 799.10 | 125.51 |
| 3/1/2006 | <MED COPY> | Payment for MED COPY on 2004-12-10-13.53 | -14.00 | 133.00 | 785.10 | 125.51 |
| 3/1/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-08-27-13. | -6.31 | 126.69 | 778.79 | 125.51 |
| 3/1/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -9.75 | 116.94 | 769.04 | 125.51 |
| 3/1/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-10-13-11. | -40.54 | 76.40 | 728.50 | 125.51 |
| 3/1/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-09-17-13. | -1.40 | 75.00 | 727.10 | 125.51 |
| 3/1/2006 | <POSTAGE> | POSTAGE | -2.55 | 72.45 | 724.55 | 125.51 |
| 3/1/2006 | POSTAGE | POSTAGE | 2.55 | 72.45 | 727.10 | 125.51 |
| 3/1/2006 | <POSTAGE> | POSTAGE | -0.39 | 72.06 | 726.71 | 125.51 |
| 3/1/2006 | POSTAGE | POSTAGE | 0.39 | 72.06 | 727.10 | 125.51 |
| 3/2/2006 | <POSTAGE> | POSTAGE | -0.39 | 71.67 | 726.71 | 125.51 |
| 3/2/2006 | POSTAGE | POSTAGE | 0.39 | 71.67 | 727.10 | 125.51 |
| 3/3/2006 | <MEDICAL> | MEDS MAX 02-14-2006 | -6.00 | 65.67 | 721.10 | 125.51 |
| 3/3/2006 | MEDICAL | MEDS MAX 02-14-2006 | 6.00 | 65.67 | 727.10 | 125.51 |
| 3/6/2006 | CASH B TELLER | ERIC SMITH | 150.00 | 215.67 | 727.10 | 125.51 |
| 3/6/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-10-13-11. | -75.00 | 140.67 | 652.10 | 125.51 |
| 3/7/2006 | EPR | OID:100524490-ComisaryPurch-Reg | -20.56 | 120.11 | 652.10 | 125.51 |
| 3/8/2006 | EPR | OID:100524745-ComisaryPurch-Reg | -38.20 | 81.91 | 652.10 | 125.51 |
| 3/14/2006 | EPR | OID:100527028-ComisaryPurch-Reg | -13.89 | 68.02 | 652.10 | 125.51 |

Due to computer posting the 'Balances as of 3/14/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.