# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## INTER-DEPARTMENTAL MEMO
## MAXIMUM SECURITY

Memorandum to: Ann Fortin Assistant to the Director

Department: Corrections

From: James Weeden, Warden

Department: Maximum Security

Date: February 24, 2006

Subject: **Norman Bedford # 102384**

This is in response to Mr. Bedford's complaint on denial of legal copies. Mr. Bedford copied 909 copies between January 31 and February 8, 2006. This amount is considered unreasonable for an indigent inmate under policy 13.03 "A ccess to courts and Legal Materials".

Under 13.03 "Unrea sonable (i.e., voluminous or repeat) requests for photocopies from indigent inmates may be denied at the discretion of the Warden or designee (satellite libraries) and/or the Law Librarians (Central Law Library).

Officer Pezza was under my instruction to deny Mr. Bedford's requests for more copies.

Mr. Bedford was removed from the grievance procedure for abuse previously. He is problem inmate that takes advantage of his indigent status, speaks and corresponds in a condescending manner to all staff.

This manager believes his abuse of the copying machine is unnecessary and a burden to taxpayers.

CC: File

Exhibit B