**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**INTER-DEPARTMENTAL MEMO**
**MAXIMUM / HIGH SECURITY**

Memorandum to: Norman Bedford

Identification #: 102384

From: James Weeden, Warden

Department: Maximum/High Security

Date: February 27, 2006

Subject: **Copy Requests**

I have been advised by the RIDOC Central Law Library that the court will request the number of copies it requires from the complainant.

Due to your voluminous copy requests you will be required to provide proof of the number of copies the court requires from you. Without this documentation you will not be afforded use of the copy machine until you are able to pay for your copies.

You will be required to show the 7-3 shift Library Officer proof prior to being allowed copy machine access. You will not have access to the copy machine on the 3-11 shift until it is necessary and approved by this office.

CC: Deputy Boyd
Lt. McCaffrey
Lt. Travers
Library Officer
P. Jenison Central Law Library

Exhibit C