**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Normand Bedford, *pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-111S** |
| | : | |
| **A.T. Wall, Director of the Rhode Island Department of Corrections, and the Rhode Island Dept. of Corrections** | : | |

**DEFENDANTS' MOTION REQUESTING PLAINTIFF BE ALLOWED TO FILE ONE SET OF PLEADINGS WITH THE COURT**

Now come the Defendants in the above-entitled matter and hereby submit this motion requesting the Plaintiff be allowed to file one set of pleadings in these matters, as opposed to the required three sets of copies. The Department of Corrections sets forth the basis for this request in the accompanying Memorandum of Law.

Defendants, by their attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Normand Bedford, Maximum Security, P.O. Box 8273, Cranston, RI 02920, on this 10th day of April, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Normand Bedford,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-111S** |
| | : | |
| **A.T. Wall, Director of the Rhode Island Department of Corrections, and the Rhode Island Dept. of Corrections** | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THE MOTION TO ALLOW PLAINTIFF TO FILE ONE SET OF PLEADINGS WITH THE COURT**

Now come the Defendants in the above-entitled matter and hereby submit this Memorandum of Law in support of its motion to allow the Plaintiff to file one set of pleadings in these matters, as opposed to the required three sets of copies. The Department of Corrections recognizes that at first blush this motion appears to be one in which the Plaintiff should make the initial request. However, the Department asserts that under the circumstances, granting this motion would benefit the Defendants as well as the Plaintiff.

Plaintiff currently has a lawsuit pending in the Federal District Court for the District of Rhode Island, alleging the Department of Corrections has illegally removed funds from Plaintiff's inmate account. On November 2, 2005, Defendants filed a motion to dismiss this complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Since that time Plaintiff has filed four requests for extensions of time in which to respond to Defendants' motion to dismiss. Plaintiff has also made motion for

various forms of injunctive relief relating to access to legal materials and the copy machine.

On February 27, 2006, Plaintiff's access to the copy machine was restricted based upon his excessive and abusive use of copying privileges. Plaintiff copied almost 1000 pages of documents in a one week period from January 31, 2006 to February 8, 2006. While the Department of Corrections considers this amount of copying to be excessive, Plaintiff claims it is necessary to properly litigate his matters. He specifically cites to the court rules that require multiple sets of copies of pleadings be filed with the Federal Court.

It is not the desire of the Department of Corrections to infringe upon this Plaintiff's right to litigate his legal matters; however the Department also has an obligation to run its prison facilities effectively, ensure all inmates have access to legal materials and the copy machine, and to control costs. Therefore, in an effort to accommodate Plaintiff and yet exercise effective prison and fiscal management, the Department requests this Plaintiff be allowed to file only one set of pleadings for his legal matters.

This motion is an effort to accommodate the Plaintiff in litigating his claims, but also to effectuate reasonable controls in a prison setting. Therefore, the Department of Corrections respectfully requests this motion be granted and the Plaintiff be allowed to file only one set of pleadings.

Defendants, by their attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Normand Bedford, Maximum Security, P.O. Box 8273, Cranston, RI 02920, on this 10th day of April, 2006.