UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

A.T. WALL, Director of the R.I. Dept. of Corrections, et al.
(Defendants)



**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF REBUTTAL AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

I, **Affiant/Plaintiff, NORMAND BEDFORD, hereby depose and say:**

That the allegations, declarations, and assertions made within the attached "Rebuttal and Response to the Defendant's Motion to Dismiss Complaint" are true, correct and complete, not misleading, the truth, the whole truth, and nothing but the truth, so help me God, made under the penalty of perjury.

That the associated and attached **exhibits** to the above, namely, **exhibits A-J**, are true copies of the originals filed with this United States Federal District Court during the course of the proceedings in the above cited case number, **Supplemental exhibit "K".**

Wherefore, it is prayed that Plaintiff be granted Summary Judgement in the above cited case.

**Respectfully submitted**

**Dated: February 8, 2006.**

Normand Bedford

**NORMAND BEDFORD (Pro se)**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

**Certification**

I, the undersigned hereby certify that I, caused a true copy of the within "Affidavit in Support of Reburttal and Response to Defendant's Motion to Dismiss Complaint" to be mailed this 13 day of APRIL , 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, R.I. Department of Corrections Legal Counsel, 40 Howard Avenue, Cranston, RI 02920. Copy sent to U.S. Fed. Dist. Ct. certified mail, Article No. ______________.

Dated: February 8th 2006.

Normand Bedford
**NORMAND BEDFORD (Pro se)**
**P.O. BOX 8273**
**CRANSTON, RI 02920**

Subscribed and Sworn before me Justin P. Pelissey this 8th day of February 8th ,2006, in the County of Providence, in the City of Cranston, in the State of Rhode Island 02920.

Dated: February 8th, 2006.

Clerk/Notary Public

**COMMISSION EXPIRES 3-4-09**

**PLAINTIFF'S INVENTORY TO EXHIBITS OF HIS FEBRUARY 8, 2006 REBUTTAL AND RESPONSE TO DEFENDANTS MOTION TO DISMISS COMPLAINT**

**D.C. No.05-111S**

Exhibit "A"--- R.I. Dept. of Corrections "Indigency Policy" 13.03 page 5 of 8.

Exhibit "B"--- U.S. Federal District Court Case Management Supervisor Ms. Paula Farrell-Pletcher's October 20, 2005 letter to Plaintiff.

Exhibit "C"--- Plaintiff's November 1, 2005 Objection and Rebuttal and Response to above noted exhibit "B".

Exhibit "D"--- Plaintiff's August 24, 2005 two page letter to R.I. Dept. of Corrections Director Ashbel T. Wall II, with it's exhibits of money transfer receipts, certified mail receipts, bearing the name of key witness in a United States Federal District Court of law.

Exhibit "E"--- United States Senior Magistrate Judge Jacob Hagopian's Report and Recommendation, dated August 23, 2005.

Exhibit "F"--- Plaintiff's "Clarrification letter dated August 23, 2005, addressed to Senior United States Federal District Court Judge Ronald R. Lagueux, with attached August 9, 2005 Affidavit, and August 4, 2005, package of evidence demonstrating the deliberate "Concealment of evidence."

Exhibit "G"--- Plaintiff's October 18, 2004, Affidavit of Complaint time stamped by this Court on November 18, 2004, and addressed to Rhode Island Attorney General Mr. Patrick Lynch, evidencing violations of 18 U.S.C. §§1503; §1702; and §1512.

Exhibit "H"--- Plaintiff's November 19, 2004 Affidavit of Complaint addressed to Rhode Island Dept. of Corrections Director Mr. Ashbel T. Wall, filed with the above exhibit "G", as exhibits to the November 26, 2004, filing of "Certificate of Appealability, in habeas corpus petition No.04-271L.

CONTINUATION OF INVENTORY TO EXHIBITS
IN D.C.NO.05-111S

Exhibit "I"--- Plaintiff's prison accounting data.

Exhibit "J"--- Maximum Security Warden James Weeden's November 7, 2005 Inter-Departmental Memo regarding "Misconduct Allegations by Plaintiff, with attached September 9, 2005, "Plaintiff's Response to factual allegations of 'Mail tampering, and theft,' involving C/O Justin Amaral, and C/O Forgue. Also, attached to the above is Maximum Security Warden James Weeden's Inter-Departmental Memo dated August 22, 2005, with attached RIGL. statute 42-56-22(b), with letter dated July 21, 2005 addressed to Warden James Weeden, with it's attached June 30, 2004 letter to Senior Accountant, with additional letter dated July 1, 2005, addressed to Lawyer Referral Service. See also enclosed August 18, 2005 letter to U.S. Federal District Court Ms. Barbara Gilfillan, and August 18, 2005 letter to Inmate Accounts Office, and August 2, 2005 letter addressed to Senior Accountant Ms. Lucille Curran, with attached August 2, 2005 letter to U.S. Federal District Court, with attached money transfer receipt, dated 8-2-05.

Please note: "All the above referenced letters, memo's, and exhibits in Exhibit "J", relate directly to "Mail tampering, mail theft, obstruction of legal correspondence and personal property," such as 'postage stamps, envelopes, and legal material evidence of federal criminal conspiracy, in violation of 18 U.S.C. §§1503; and §1702, which also, substantiate "interference with the judicial functions in a United States Federal District Court. Additional material include Plaintiff's August 23, 2005 letter to Warden James Weeden, enclosed herein, with it's attachments of U.S. Federal District Court Docket History Report in D.C.No.05-095L, with copy of "torn money transfer slip to evidence mail tampering and withholding." See also, enclosed herein, Memorandum by Inmate accountant Ms. Lucille Curran, dated August 25, 2005, with its attached September 1, 2005 letter of Plaintiff. It is hereby, declared that Plaintiff has unsuccessfully attempted to pay a large remainder of his filing fee by using his 'frozen funds' per RIGL. statute42-56-22(b), in the present case of 05-111S, however, after 'hand delivering' legal mail packages with official money transfer slips to a Lt. Joseph Alves, and a Lt. Oden,

these legal requests and confidential pleadings were deliberately discarded by Rhode Island Department of Corrections Superior Officials named above, in violation of federal law, 18 U.S.C. §§1503; and §1702, as part of a major organized conspiracy to obstruct due administration of justice, thus, tampering with the judicial functions in a federal Court of law in the United States of America. Warden James Weeden, of the Maximum Security facility is the master of the ship, who lacks integrity, professionalism, and the fundamental responsibilty to hold his subordinates accountable. Warden Weeden has allowed repeated and multiple federal crimes to go unchecked for over one year now.

Exhibit "K" --- (Supplemental) Plaintiff's prison rap sheet evidencing repeated committments to segregation on unlawful grounds. Again, Warden James Weeden has co-signed the mistreatment and unlawful offences against the Plaintiff, in violation of the "Americans with disabilities Act," as well as Plaintiff's Civil rights, guaranteed by the United States Constitutions Eighth Amendment and due process of law.

Respectfully submitted

Dated: February 8, 2006.

Normand Bedford

NORMAND BEDFORD (Pro se)
P.O. BOX 8273
CRANSTON, RI 02920

**********************************************************************