Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Norman Bedford, Pro-Se

RE: CA 05-111S

Norman Bedford v. A.T. Wall, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 4 / 19 / 06 and have made the following determination:

___ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

___ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

xx 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

___ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

___ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

___ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

___ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

___ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

___ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

___ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

___ 10. Other ___

ENTER: [signature]

United States Magistrate Judge
cc: Counsel of Record

Date: 4/20/06

U.S. Federal District Court
Office of the Clerk
1 Exchange Terrace,
Providence, RI 02920

RECEIVED
APR 19 2006
Property of U.S. District Court

April 13, 2006

Re: Normand Bedford/Filing of Motion to Enlarge Time. C.A.No.05-111S

Dear Clerk of Court:

Please file the enclosed motion to enlarge time accordingly. Also, I have **repeatedly** requested a copy of my Docket History Report in this case, but have not received the same to date. Please honor my request for a copy and send it promptly.

Also, I have many pending pleadings that need immediate attention, (ie., Petition for a Temporary Restraining Order, Petition for full and fair access to legal materials and supplies, etc.) I have suffered, and continue to suffer **"grave injustices"** in light of this Court's **failure** to address the same. Unless this Court takes immediate action against the "official misconduct" of the Defendants, then this Court may as well consent to the criminal acts of these officials.

In any event, please send me a copy of my Docket History Report in this case, which I have requested at least **three** different occasions.

**Sincerely**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

**Original copy sent to**
**Ms. Kathleen M. Kelly;**
**and second original to**
**Court.**