UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

A.T. WALL, Director, RI
Dept. of Corrections, et al.,
(Defendants)

**Plaintiff'S OMNIBUS MOTION TO ENLARGE TIME AND MOTION FOR IMMEDIATE INJUNCTIVE RELIEF**

Now comes Plaintiff, Normand Bedford, in the above-entitled matter and hereby moves this Honorable Court for "enlargement of time to file his rebuttal and exhibits A-K to Defendants motion to dismiss lawsuit," and "immediate injunctive relief," in the form of "Order of Court," instructing, commanding, and ordering the R.I. Department of Corrections Maximum Security Administration to allow Plaintiff unrestricted access to legal copies for his litigation. It is the position of this Plaintiff, that he is being both restricted and denied legal copies to delay, impede and prejudice him in his current civil litigation, by which, they are Defendants. Plaintiff was denied copies on April 20, 2006, when he was informed by officer Masi, that he was required to relinquish and forfeit his confidentiality rights by handing over his legal material to a Superior officer, so that he in turn can hand it to someone else for copying. This is strictly unwarranted and illegal on it's face. Plaintiff has his rebuttal memorandum and exhibits to file with the Court regarding

Defendants April 6, 2006, filed "Objection to Plaintiff's Motion to Enlarge Time to File his Rebuttal and Exhibits A-K to Defendants Motion to Dismiss Lawsuit."

Plaintiff further asserts that it should be abundantly clear to this Court that these Defendants have in the past, and continue to interfere, impede, and delay his access to the Court, as well as infringe on his Constitutionally protected rights pursuant to the First, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

Moreover, Plaintiff's legal material of substantial quantity was deliberately stolen from his stored property while he was committed to unlawful disciplinary confinement (segregation). Despite a search by Staff members the material evidence could not be located or returned. Segregation officer Manuel Pinheiro, tormented Plaintiff in the week leading up to his release from DC confinement (seg), stating, "They threw your legal work in the "Johnston Landfill," and what are you going to do now?" He repeatedly continued to call Plaintiff "JL" which is short for "Johnston Landfill." This stealing and/or destruction of substantial legal material evidence is a serious offence in a clear case of "Obstruction of Justice" in violation of 18 U.S. C.S. §§1503; and §1702.

Plaintiff further posits that the Defendants "ripped open and tampered" with his rebuttal and exhibits A-K that was sent to his mother for copying and filing. The package was received via certified

mail, and was specifically, received from the postal worker, "Unseal-ed." The postmark from the Pawtucket Post Office is dated March 28, 2006, Article No.7005 1820 0006 0503 9037.

Plaintiff needs the additional enlargement of time to insure the proper filing of his February 8, 2006, dated rebuttal and exhib-its A-K. However, without this Court's immediate intervention, Plain-tiff's cause will be forever damaged.

Plaintiff respectfully requests an enlargement of time to file his February 8, 2006, dated rebuttal and exhibits A-K of thirty days (30 days), respectively. He further requests that this Court issue an Order of Protection against the Defendants, as well as an Order to provide Plaintiff with unrestricted access to legal copies, "with-out relinquishing or forfeiting his confidentiality rights."

Therefore, for all the aforementioned reasons, Plaintiff prays that this motion be granted.

**Respectfully submitted**

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

**Certification**

I the undersigned hereby certify that I caused a true copy of the within "Omnibus Motion to Enlarge Time" to be mailed this **23rd** day of **April** ,**2006**, via interdepartmental mail, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920. Copy to U.S. Fed.Dist.Ct., via certified mail No.7005 1820 0006 0503-0955 , addressed to: 1 Exchange Terrace, Office of Clerk, Prov.RI 02903.

 Normand Bedford