# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

C.A. No. 05-111S

v.

FILED APR 3 2006

A.T. WALL, Director, RI Dept. of Corrections, et al.

Hagopian 4/24/06

## PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE REBUTTAL AND OTHER EVIDENCE TO DEFENDANTS OBJECTION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Now comes Plaintiff, Normand Bedford, in the above-entitled matter, and hereby, respectfully, requests this Honorable Court for an "Enlargement of Time to File his Rebuttal and other evidence to the Defendants Objection to Plaintiff's Motion for Temporary Restraining Order." Plaintiff asserts that his preparation and filing of "interlocutory appeals" to his denial of the right to produce legal copies within the R.I. Dept. of Corrections Maximum Security facility Administration are still pending and unresolved. Plaintiff is expected to be released from "unlawful" Disciplinary Confinement (Segregation), on April 11, 2006. Also,

**ORDER**

**GRANTED.** Plaintiff shall have until May 1, 2006 within which to file a reply to Defendant's objection to Plaintiff's Motion for a Temporary Restraining Order.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: April 26, 2006