FILED
APR 21 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **Normand Bedford,** ***pro se*** | : | |
| | : | |
| **vs.** | : | **C.A. No.: 05-111S** |
| | : | |
| **A.T. Wall, Director of the Rhode Island Department of Corrections, and the Rhode Island Dept. of Corrections** | : | |

**DEFENDANTS' MOTION REQUESTING PLAINTIFF BE ALLOWED TO FILE ONE SET OF PLEADINGS WITH THE COURT**

Now come the Defendants in the above-entitled matter and hereby submit this motion requesting the Plaintiff be allowed to file one set of pleadings in these matters, as opposed to the required three sets of copies. The Department of Corrections sets forth the basis for this request in the accompanying Memorandum of Law.

Defendants, by their attorney,

Kathleen M. Kelly #5501
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920
(401) 462-2622
(401) 462-2583 *fax*

Date: 4/12/16

**Certification**

I hereby certify that a true copy of the within document was mailed, postage-prepaid, to Plaintiff, Normand Bedford, Maximum Security, P.O. Box 8273, Cranston, RI 02920, on this 10th day of April, 2006.

**ORDER**

GRANTED, in part. Plaintiff shall be required to file only two sets of pleadings in this matter.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: April 26, 2006