**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05 - 111 S**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on the following motions:

1. Plaintiff's motion filed on March 2, 2006 (Dckt # 39) to extend the time by 20 days to file an Objection to the defendants' motion to dismiss;

2. Plaintiff's motion filed on March 23, 2006 (Dckt # 47) to extend time to file an Objection to the defendants' motion to dismiss; and

3. Plaintiff's Motion filed on March 23, 2006 (Dckt # 48) to extend time to file an Objection to the defendants' motion to dismiss.

These motions are hereby **GRANTED**. Plaintiff's Objection to the defendants' motion to dismiss filed on April 17, 2006 is hereby deemed timely.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
April 26, 2006