UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
v.
A.T. WALL, R.I Dept. of
Corrections, Director, et al.

C.A. No. 05-111S

# PLAINTIFF'S OMNIBUS MOTION TO ENLARGE TIME TO FILE REBUTTALS

Now comes Plaintiff, Normand Bedford, in the above-entitled matter and hereby moves this Honorable Court for "Enlargement of Time to File his Rebuttals to Defendants April 6, 2006, Objection to Plaintiff's Motion to Enlarge Time to File Rebuttal Memorandum," as well as his "rebuttal to Defendants Objection to Plaintiff's Motion for a Temporary Restraining Order," in this Omnibus Motion. Plaintiff asserts, that he has been retaliated against by the Defendants and committed to unlawful segregation for twenty-days, immediately after he filed two letters of complaint with this Court on April 24, 2006, after he was repeatedly denied legal copies in sufficiency, by Defendants (Prison Warden), who sanctioned Plaintiff in retaliation. Plaintiff

is also being denied legal copies in segregation because of Warden's unlawful restriction of providing copies from 7-3, "only" when law clerks are not permitted to enter segregation on that shift.

Plaintiff is further being unlawfully ordered, involuntarily, to pre-pay for any and all legal copies before he can make such. Without funds he cannot produce copies, and must be without money deposits for a period of two months, before being deemed indigent and utilizing D.O.C. Policy 13.03. Therefore, he is being unconstitutionally, deprived from full and fair access to the Court, by "deliberate interference" by Prison Warden James Weeden, from the onset of this civil litigation, to the present.

The Plaintiff has filed numerous forms of Preliminary Injunctions, but has not been protected from repeated attacks by Defendants (Gangsters, criminals, thugs), thus, far.

Without essential intervention by this Court, Plaintiff has no defense in his cause.

Therefore, Plaintiff respectfully requests an enlargement of time to file his two rebuttal's, sixty days (60 days), from the date of certification of this motion, respectively.

Plaintiff further prays for some form of Preliminary Injunctive Relief from his being charged for legal copies, immediately, upon his request, which infringes on his rights to personal hygene products and cosmetics, and from being harrassed, intimidated, and targeted, in a "corrupt endeavor" to deny and impede his access to the Court. Thus, he prays that the instant motion be granted.

Respectfully submitted
Normand Bedford

Certification

I the undersigned hereby certify that I caused an "original copy" of the within motion, to be mailed this 30th day of April, 2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920.

Normand Bedford



Normand Bedford
P.O. Box 8273
Cranston, RI 02920