UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD
(Plaintiff)

v. C.A.No.05-111S

A.T. WALL, Director, RI
Dept. of Corrections, et al.,
(Defendants)

**PLAINTIFF'S OMNIBUS MOTION TO ENLARGE TIME AND MOTION FOR IMMEDIATE INJUNCTIVE RELIEF**

Now comes Plaintiff, Normand Bedford, in the above-entitled matter and hereby moves this Honorable Court for "enlargement of time to file his rebuttal and exhibits A-K to Defendants motion to dismiss lawsuit," and "immediate injunctive relief," in the form of "Order of Court," instructing, commanding, and ordering the R.I. Department of Corrections Maximum Security Administration to allow Plaintiff unrestricted access to legal copies for his litigation. It is the position of this Plaintiff, that he is being both restricted and denied legal copies to delay, impede and prejudice him in his current civil litigation, by which, they are Defendants. Plaintiff was denied copies on April 20, 2006, when he was informed by officer Masi, that he was required to relinquish and forfeit his confidentiality rights by handing over his legal material to a Superior officer, so that he in turn can hand it to someone else for copying. This is strictly unwarranted and illegal on it's face. Plaintiff has his rebuttal memorandum and exhibits to file with the Court regarding

mail, and was specifically, received from the postal worker, "Unsealed." The postmark from the Pawtucket Post Office is dated March 28, 2006, Article No.7055 1820 0006 0503 9037.

Plaintiff needs the additional enlargement of time to insure the proper filing of his February 8, 2006, dated rebuttal and exhibits A-K. However, without this Court's immediate intervention, Plaintiff's cause will be forever damaged.

Plaintiff respectfully requests an enlargement of time to file his February 8, 2006, dated rebuttal and exhibits A-K of ~~thirty~~ forty days days (~~30~~ 40 days days), respectively. He further requests that this Court issue an Order of Protection against the Defendants, as well as an Order to provide Plaintiff with unrestricted access to legal copies, "without relinquishing or forfeiting his confidentiality rights."

Therefore, for all the aforementioned reasons, Plaintiff prays that this motion be granted.

**Respectfully submitted**

Normand Bedford

Normand Bedford

**Normand Bedford (Pro se)**
**P.O. Box 8273**
**Cranston, RI 02920**

**Certification**

I the undersigned hereby certify that I caused a true copy copy of the within "Omnibus Motion to Enlarge Time" to be mailed this 29th [redacted] day of **April** ,2006, via interdepartmental mail, to: Ms. Kathleen M. Kelly, RI Dept. of Corrections, 40 Howard Avenue, Cranston, RI 02920. Copy to U.S. Fed.Dist.Ct., via certified mail No.7005 1820 0006 0503-8955 , addressed to: 1 Exchange Terrace, Office of Clerk, Prov. RI 02903.

Normand Bedford

Normand Bedford