**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAND BEDFORD**

**v.** **C.A. No. 05 - 111 S**

**A.T. WALL**, et al.

**ORDER**

This matter is before the Court on four motions of the *pro se* plaintiff:

(1) On February 23, 2006, plaintiff filed a "Motion for Reconsideration" of previous Order which denied his request for free legal supplies (Dckt # 38). As a basis for the motion for reconsideration, plaintiff asserts that the Court failed to acknowledge plaintiff's previously filed motions to enlarge time. The Court, however, is and was well aware of plaintiff's numerous motions to enlarge time. Therefore, plaintiff's motion for reconsideration (Dckt # 38) is **DENIED**. Plaintiff has presented nothing new that would alter this Court's previous Order.

(2) On March 15, 2006, plaintiff filed a motion to enlarge time to file a reply to the defendants' objection to plaintiff's motion for a temporary restraining order (Dckt # 46). Plaintiff filed a similar motion on April 3, 2006, which the Court granted. See Dckt # 49 & 57. Therefore, plaintiff's motion for an extension of time filed on March 15, 2006 (Dckt # 46) is **DENIED** as moot.

(3) On May 3, 2006, plaintiff filed an "Omnibus Motion to Enlarge Time to File Rebuttals" (Dckt # 60). Plaintiff's motion (Dckt # 60) is **DENIED**. The Court already issued rulings on the matters in which plaintiff seeks to file rebuttals.

(4) On May 3, 2006, plaintiff filed a motion to enlarge time to file exhibits and a motion for an "Order of Protection" against the defendants (Dckt # 61). However, no further exhibits are required at this time. Therefore, plaintiff's motion to enlarge time to file exhibits is **DENIED**. To the extent that plaintiff seeks an "Order of Protection," plaintiff's request is **DENIED**. No basis exists to grant such a request.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
June 6, 2006