UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD )
)
v. ) C.A. No. 05-111S
)
A.T. WALL, II, Director, )
Rhode Island Department of )
Corrections, et al. )

**ORDER**

The Report and Recommendation of United States Magistrate Jacob Hagopian filed on May 23, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Injunctive Relief is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/22/06