UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAND BEDFORD

v. C.A. No. 05-111S

A.T. WALL, II, Director,
Rhode Island Department of
Corrections, et al.

**ORDER**

The Report and Recommendation of United States Magistrate Jacob Hagopian filed on May 23, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for Injunctive Relief is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/06