UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NORMAND BEDFORD ) | |
| ) | |
| v. ) | C.A. No. 05-111S |
| ) | |
| A.T. WALL, II, Director, ) | |
| Rhode Island Department of ) | |
| Corrections, et al. ) | |

**ORDER**

The Report and Recommendation of United States Magistrate Jacob Hagopian filed on May 23, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant's Motion to Dismiss is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 6/22/06